# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETTA SCOTTSDALE, LLC; *et al.*,[1] | ) | Case No. 24-10063 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## DECLARATION OF BRIAN LASKOV IN SUPPORT OF BIDDING PROCEDURES

I, Brian Lakov, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am a Managing Broker at the Kudan Group, a Chicago-based real estate brokerage that specializes in real estate transactions in the hospitality industry. My team and I have extensive experience selling and marketing restaurant and other hospitality assets, including in distressed situations.

2. The above-captioned debtors ("*Debtors*") have asked Kudan Group to assist them with marketing their restaurant assets in order to maximize recoveries for creditors. We understand that the Debtors are filing an application to retain our firm pursuant to the terms of retention agreement we negotiated with the Debtors, a copy of which is attached.

3. In the days leading up to the Debtors' bankruptcy filings, my colleagues and I reviewed and weighed in on draft bidding procedures that the Debtors' counsel had prepared. Among other comments, we asked the Debtors to shorten the marketing period they had initially proposed and to have a deadline for bids on March 20, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Etta Scottsdale, LLC (6137), Etta River North, LLC (1790); Etta Bucktown, LLC (3845); Etta Collective. LLC (7346); Aya Bakery, LLC (9515); and 1840 North Ave. Corp. (9501). The location of the Debtors' corporate headquarters is 433 W Van Buren St, Chicago, IL 60607.

already been widely disseminated and I am aware of multiple groups that are interested. We can quickly reach out to a large number of contacts and connections there is a benefit in my opinion to moving forward quickly while interest is high, especially with these types of assets.

5. We look forward to working with the Debtors, the Court, and creditors help maximize the value of the Debtors' assets.

Date: February 4, 2024

*Brian Laskov*
EF623EE9A982419...

Brian Laskov
Managing Broker, Kudan Group