**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETTA SCOTTSDALE LLC, *et al.*,[1] | ) | Case No. 24-10063 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related to Docket Nos. 56 and 114 |

**NOTICE OF FILING OF PROPOSED ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SUCH SALE, AND (C) GRANTING RELATED RELIEF**

On February 13, 2024, the Court entered the *Order (I) Approving Bidding Procedures in Connection with Sale of Assets of the Debtors, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief* [Docket No. 56] (the "*Bidding Procedures Order*").[2]

The Court scheduled a hearing to approve the Sale of substantially all of the Debtors' Assets to be held on April 2, 2024 at 1:00 p.m. (Eastern Time) (the "*Sale Hearing*").

Subject to discussions with the Successful Bidder at the Auction, the Debtors intend to present the proposed *Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing and Approving the Assumption and Assignment of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Etta Scottsdale, LLC (6137), Etta River North LLC (1790), Etta Bucktown, LLC (3845), Aya Bakery, LLC (9515), and 1840 North Ave. Corp. LLC (9501). The location of the Debtors' corporate headquarters is 433 W. Van Buren Street, Chicago, IL 60607.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

*Executory Contracts and Unexpired Leases in Connection with Such Sale, and (C) Granting Related Relief* (the "*Sale Order*") attached hereto as <u>Exhibit A</u> to the Court at the Sale Hearing.

| | |
|---|---|
| Dated: March 22, 2024 | Respectfully submitted, |

**GOLDSTEIN & MCCLINTOCK LLLP**

<u>By: /s/ Maria Aprile Sawczuk</u>
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Matthew E. McClintock, Esq. (admitted *pro hac vice*)
Jeffrey C. Dan, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
mattm@goldmclaw.com
jeffd@goldmclaw.com

*Counsel for the Debtors and Debtors-in-Possession*