EXHIBIT A

**AUCTION**

March 25, 2024

**IN RE: ETTA SCOTTSDALE, LLC, et al.**

sealed and confidential

1      IN THE UNITED STATES BANKRUPTCY COURT

2          FOR THE DISTRICT OF DELAWARE

3              - - -
   IN RE:                    :
4                            :  Chapter 11
   ETTA SCOTTSDALE, LLC, et al.,   :
5                            :  Case No.
           Debtors.          :
6    _____:  24-10063-KBO

7              - - -

8              ZOOM AUCTION

9          Monday, March 25, 2024 at 11:04 a.m.

10             - - -

11   APPEARANCES:

12

13     GOLDSTEIN & McCLINTOCK, LLLP
        BY:  MATTHEW E. McCLINTOCK, ESQ.
14      MARIA SAWCZUK, ESQ.,
        JEFFREY DAN, ESQ.
        WILLIAM THOMAS, ESQ.
15

16          and

17     ETTA COLLECTIVE
        BY:  DAVID PISOR

18          and

19     KUDAN GROUP
        BY:  BRIAN LASKOV
20      And, GEORG SIMOS

21          Appearing on behalf of Debtors

22     BROWN McGARRY NIMEROFF LLC
        BY:  JAMI NIMEROFF, ESQ.
23
            Counsel for Subchapter V Trustee
24

25

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 2

1  APPEARANCES: (Continued)
2
3  KJH HOSPITALITY
   BY: JAY LIN
   HOWARD NATINSKY
4  And, KYU CHANG
5    Appearing on behalf of Bidder
     KJH HOSPITALITY
6
7  RSX INVESTMENT GROUP, LLC
   BY: BERNARD HENRY
8  And, BRADLEY PARKER
9    Appearing on behalf of Bidder
10
   PACHULSKI STANG ZIEHL & JONES, LLP
11   BY: IRA D. KHARASCH, ESQ.
     And, ZEV M. BOMRIND, ESQ.
12
     and
13
   INKIND CARDS, INC.
14   BY: JOHANN MOONESINGHE
     And, ANDREW HARRIS
15
     Appearing on behalf of Bidder
16
17  FOX RESTAURANT CONCEPTS LLC
    LEEZIE KIM
18  EVAN DOSCH
    And, MORRIE AARON
19
    Appearing on behalf of Bidder
20
21  FOX SWIBEL LEVIN & CARROLL LLP
    BY: KENNETH M. THOMAS, ESQ.
22
    and
23
   LETTUCE ENTERTAIN YOU ENTERPRISES, INC.
24   BY: ETHAN SAMSON
25     Appearing on behalf of Bidder
       Lettuce Entertain You Enterprises, Inc.

Page 3

1  APPEARANCES: (Continued)
2
3  RG CAPITAL GROUP, LLC
   BY: RAFAEL GASPAR
   MARCO ROJAS
4  And, BILL TSOURAPAS
5    Appearing on behalf of Bidder
     RG Capital Group, LLC
6
7  JOHN LEAHY
8    Appearing on behalf of Bidder
9
   4 STAR RESTAURANT GROUP
10   BY: DOUG DUNLAY
11     Appearing on behalf of Bidder
       4 Star Restaurant Group
12
13  TAFT STETTINIUS & HOLLISTER LLP
    BY: JILLIAN COLE, ESQ.
14
15    and
16  WINTRUST
    By: STEVE NARSUITUS
17    Appearing on behalf of Secured Lender
      Wintrust
18
19  FROST BROWN TODD
    BY: ERIN P. SEVERINI, ESQ.
20
    and
21
22  WASHINGTON PRIME GROUP, INC.
    BY: CHARLI LEHMAN, ESQ.
23    Appearing on behalf of Landlords
24
25

Page 4

1  APPEARANCES: (Continued)
2
3  ELLIOTT GREENLEAF
     BY: DIERDRE RICHARDS, ESQ.
4      Appearing on behalf of LendingClub
5
6  Reliable Video Host Brian Collins
   Reported by:  Brian P. Gaffigan, RMR, FCRR
7
8
9
10        INDEX
11
   Opening remarks               page  3
12
   All Etta Scottsdale assets bids        page 23
13
   All Etta Scottsdale assets winner      page 30
14
   Scottsdale individual asset bids       page 41
15
   Bucktown individual asset bids        page 54
16
   River North individual asset bids      page 66
17
   Aya Bakery individual asset bids       page 72
18
   Conclusion - All assets bid accepted      page 74
19
20
21
22        EXHIBITS
23  No exhibits offered
24
25

Page 5

1        -oOo-
2    P R O C E E D I N G S
3    (REPORTER'S NOTE:  The following Zoom
4  auction hearing was held remotely, beginning at 11:04
5  a.m.)
6    MS. SAWCZUK:  All right.  Well, good
7  morning.  For those of you who do not know me, my
8  name is Maria Sawczuk, S-a-w-c-z-u-k.  I am with
9  Goldstein & McClintock, and I am counsel for the
10  debtors.  With me today I believed is my partner Matt
11  McClintock, and I believe I saw Jeffrey Dan come on
12  who is also with Goldstein & McClintock, and Will
13  Thomas who is also with Goldstein & McClintock.  We
14  are here as counsel to the debtors.
15    Debtor representatives today are David
16  Pisor, he is on, as well as Brian Laskov and Georg
17  Simos who are from Kudan Group, one or more of those
18  are also on.
19    So we are here today in a case of the Etta
20  Scottsdale, LLC, et al, Case No. 24-10063.  Pending
21  in the United States District Court, United States
22  Bankruptcy Court for the District of Delaware in
23  front of Honorable Karen Owens.  We are here to
24  conduct the auction of substantially all of the
25  assets of the Debtor.

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 6

1  I want to remind everyone that this is
2  being reported and transcribed so please keep your
3  microphones on mute unless you are speaking so that
4  we can reduce the background noise and any
5  interference with this, the official discussion.
6  And please identify yourselves when
7  speaking so the transcriber can properly identify you
8  in the transcript, and hopefully we've fixed that a
9  little with the names as well.
10  Before we begin, I want to enter
11  appearances into the record. I'm going to start that
12  with a roll call with respect to the parties who are
13  present, both the actual bidders and the interested
14  parties who have been invited to attend and listen to
15  the auction.
16  So again, I already put into the record who
17  was here on behalf of the Debtors, so I'm just going
18  to go through my list and call out the respective
19  party. And if you are with that party, if you could
20  just identify yourself for the record.
21  The Subchapter V Trustee Jami Nimeroff
22  is on today. And it's N-i-m-e-r-o-f-f. She has a
23  conflicting hearing that started just now so she is
24  in that hearing and will pop in once her hearing is
25  over.

Page 7

1  So with respect to the bidding groups, KJH
2  Hospitality, can you please identify yourselves for
3  the record.
4  MR. LIN: Hi, Jay Lin from KJH.
5  MR. CHANG: Kyu Chang. I'm also here from
6  the same group.
7  MS. SAWCZUK: Is that everybody?
8  MR. NATINSKY: No, Howard Natinsky also
9  from the same group.
10  MS. SAWCZUK: Thanks. Okay. RSX
11  Investment Group, LLC, please identify yourself for
12  the record.
13  MR. HENRY: Bernard Henry for RSX. I
14  anticipate Brad Parker will be joining us shortly.
15  We are the representatives for this group.
16  MS. SAWCZUK: Great. Thank you.
17  InKind Cards, Inc., can you please identify
18  yourselves for the record.
19  MR. MOONESIGHE: Yeah, Johann Moonesighe,
20  Andy Harris here.
21  MR. KHARASCH: Ira Kharasch from Pachulski
22  as counsel.
23  MS. SAWCZUK: Okay. Fox Restaurant
24  Concepts, LLC, please identify yourselves for the
25  record.

Page 8

1  MR. DOSCH: Evan Dosch, Morrie Aaron, and
2  Leezie Kim with Fox Restaurant Concepts.
3  MS. SAWCZUK: Thank you.
4  Lettuce Entertain You Enterprises, Inc.,
5  please identify yourselves for the record.
6  MR. THOMAS: Ken Thomas as counsel for
7  Lettuce Entertainment, and I'm on with Ethan Samson
8  from Lettuce.
9  MS. SAWCZUK: Thank you. RG Capital Group,
10  LLC, please identify yourselves for the record.
11  MR. GASPAR: Rafael Gaspar here, RG Capital
12  Group.
13  MR. ROJAS: Marco Rojas. R-o-j-a-s.
14  MR. TSOURAPAS: Bill Tsourapas.
15  MS. SAWCZUK: Okay.
16  MR. McCLINTOCK: Bill, can you spell that
17  for the Court Reporter?
18  MR. TSOURAPAS: Sure. First name is Bill.
19  Last name is T-s-o-u-r-a-p-a-s.
20  THE COURT REPORTER: Thank you.
21  MS. SAWCZUK: Okay. And John Leahy, is it
22  just you? Please identify yourself for the record.
23  MR. LEAHY: Yes, John Leahy. I'm here.
24  Thanks.
25  MS. SAWCZUK: Okay. And 4 Star Restaurant

Page 9

1  Group, please identify yourself for the record.
2  MR. DUNLAY: Doug Dunlay.
3  MS. SAWCZUK: Thank you. And then that
4  concludes the bidding groups.
5  Then we have the observing parties,
6  Wintrust Bank. Can you identify who is here for you
7  for the record?
8  MR. NARSUITUS: This is Steve Narsuitus
9  from Wintrust.
10  MS. SAWCZUK: Jillian, can you identify
11  yourself as being here as well.
12  MR. McCLINTOCK: I think you're on mute,
13  Jill.
14  MS. COLE: Of course I am. Jillian Cole on
15  behalf of Wintrust, attorney.
16  MS. SAWCZUK: Thank you. And then we
17  have the WPG/Scottsdale, the WPG Group, Scottsdale
18  landlord.
19  MS. SEVERINI: Hi, Erin Severini. I'm an
20  attorney with Frost Todd Brown, LLC. And I'm here on
21  behalf of WPG Legacy, LLC.
22  MS. SAWCZUK: And then LendingClub, one of
23  the other lenders.
24  MS. RICHARDS: Deirdre Richards from
25  Elliott Greenleaf on behalf of LendingClub Bank,

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

1  Successor-in-Interest to Radius.

2      THE COURT REPORTER:  Repeat that, please.

3  Your audio is not the best.

4      MS. RICHARDS:  Oh, sorry about that.  My

5  name is Deirdre Richards, I'm the attorney for

6  LendingClub Bank, Successor-in-Interest to Radius

7  Bank.

8      MS. SAWCZUK:  Radius.

9      MR. McCLINTOCK:  And Brian, Deirdre,

10  D-e-i-d-r-e, Richards is the last name.

11      MS. RICHARDS:  D-e-i-r-d-r-e.

12      THE COURT REPORTER:  Thank you very much.

13      MS. SAWCZUK:  Thank you.  Is there anyone

14  that I did not call that is here?

15      (Pause.)

16      MS. SAWCZUK:  Awesome.  We're off to a good

17  start.

18      Okay.  Okay.  With respect -- One other

19  thing we want to get out of the way.  With respect to

20  the bidders, I'm going to call on each of the bidders

21  and I want you to affirm that there has been no

22  collusion between you and any other party with

23  respect to your bid, and also to affirm that if

24  requested during the auction, your organization

25  could provide the necessary support for financial

1  wherewithal to complete the transaction and perform

2  under any of the assumed contracts.

3      So let's start with KJH Hospitality.

4  Can you affirm -- confirm that there has been no

5  collusion and confirm that you can provide the

6  necessary support for financial wherewithal?

7      MR. LIN:  Yes, and yes.

8      MS. SAWCZUK:  Thank you.

9      RSX, same question.

10      MR. HENRY:  Yes, confirmed with no

11  collusion, and yes as to the confirmation.

12      MS. SAWCZUK:  Okay.  InKind Card.

13      MR. HARRIS:  Yes, and yes.

14      MS. SAWCZUK:  Thank you.

15      Fox Restaurant Concepts.

16      MR. DOSCH:  Yes, and yes.

17      MS. SAWCZUK:  All right.  Lettuce Entertain

18  You.

19      MR. THOMAS:  Yes, and yes.

20      MS. SAWCZUK:  RG Capital.

21      MR. GASPAR:  Yes, and yes.

22      MS. SAWCZUK:  Thank you.

23      John Leahy.

24      MR. LEAHY:  Yes to both.

25      MS. SAWCZUK:  4 Star Restaurant Group.

1      MR. DUNLAY:  Yes, and yes.

2      MS. SAWCZUK:  Okay.  So now I'm going to

3  go through this quickly how this is going to work,

4  hopefully.  We kind of sent this out to the bidders

5  earlier, but I just want to put it on the record

6  today.

7      The auction will generally proceed as

8  follows:  Each group is going to be placed into an

9  allocated breakout room to begin with.  So again, as

10  Matt said earlier, once you are placed in this room,

11  just look around and make sure it's all your people,

12  all your group; okay?  And if there is a problem --

13  we'll talk about that in a second, but if there is a

14  problem, you contact Brian from Reliable and he will

15  get you put in the right room.

16      We will first conduct an auction for all of

17  the assets.  The bidding groups who put in bids for

18  all of the assets but not the assets that put in bids

19  only for specific assets, those, those groups that

20  put in for all of the assets are going to be moved

21  into the main auction room, which is what we're in

22  right now.

23      There will be an open auction for the

24  bidding groups involved.  If a group needs to take a

25  break to discuss something, just make that request

1  and we'll put you in your breakout room and wait for

2  you to come back.  So it's kind of like a real

3  auction where you can walk out and into your room but

4  we're just on Zoom instead.

5      Once we have identified the highest and

6  best bidder and preliminary backup bidder for all

7  of the assets, we're going to ask those bidders to

8  allocate their proposed final purchase price to the

9  various locations in their discretion and we're going

10  to ask whether the bidders for all of the assets

11  desire to make any stand-alone bids on individual --

12  on an individual asset.

13      The preliminary high bidder and backup

14  bidder for all assets must commit to stand by their

15  bids for all assets in order to be allowed to

16  participate in the bidding for individual assets.

17      We'll circulate the basic APA for those

18  individual assets and any person who wants to

19  participate in the bidding needs to agree to that

20  template form of APA, and those who have already bid

21  on individual assets, that template APA is similar,

22  substantially similar to what you've already agreed

23  to so it doesn't change your bids.

24      Once we go through all that, we're going to

25  start the individual auctions.  We'll bring out each

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 14

1 individual location up one at a time. The bidding
2 group bidding on that particular location will again
3 be invited into this main auction room, and we'll
4 conduct an auction for each location.
5       Bidding will start at the highest
6 individual bid received. Again, these will be open
7 auctions for the groups bidding, and groups can
8 request breakouts -- request to go into the breakout
9 rooms during this bidding.
10       Once we completed the individual auctions
11 and determined the highest and best in this case,
12 we're going to take a break. We may talk to
13 individual bidders, and the Debtors are going to
14 convene and determine the winning bid or combination
15 of bids and the winning backup bidder, and then we
16 will bring everyone into the main room and announce
17 the winners.
18       One clarification as to the assets. We
19 were contacted by Easy Ice, which is an ice machine
20 vendor who owns the ice machines located at River
21 North and Bucktown. We believe these ice machines
22 are not the debtors' assets and thus if you are
23 bidding on those two locations, the ice machines will
24 not be included in that sale today.
25       Once we identify a successful bidder for

Page 15

1 those locations, we'll put the bidder in contact with
2 Easy Ice. And if you don't want Easy Ice's contract,
3 then they'll just come back and remove the ice
4 machines.
5       So with that, we're going to send the
6 parties into the individual breakout rooms, and then
7 we'll call the bidders in for substantially all the
8 assets.
9       If you're in your breakout room and you
10 need assistance or need to discuss something with
11 Debtors' counsel, when you are in the breakout room,
12 there is an Ask For Help button. Press that and
13 Brian, one of the lovely Brians we have today, our
14 Tech Support Manager will enter the breakout room,
15 find out what you need and contact the appropriate
16 party to get you your answer.
17       MS. SEVERINI: Maria, hi. This is Erin
18 Severini with Frost Brown Todd. We would just like
19 to note something on the record, if that is okay with
20 you.
21       MS. SAWCZUK: Okay.
22       MS. SEVERINI: As mentioned, Erin Severini
23 with Frost Brown Todd we represent the WPG Legacy,
24 LLC. WPG for short. WPG is a managing agent for the
25 owner of the shopping center Scottsdale Porter in

Page 16

1 Scottsdale, Arizona where Etta Scottsdale, LLC leases
2 space to operate an Etta restaurant.
3       WPG would like to note on the record that
4 it reserves all of its rights as it relates to the
5 Debtors' sale process and the assumption and
6 assignment of the Etta lease at Scottsdale Porter.
7 To the extent that the successful bidder for the Etta
8 lease at Scottsdale Porter includes terms that
9 violate the Etta lease and causes WPG to breach any
10 other leases of Scottsdale Porter, WPG reserves all
11 of its rights to object to such assignment.
12       MS. SAWCZUK: Thank you. And not
13 withstanding the Landlord's comments -- and thank,
14 Erin, for making that comment -- we believe that as
15 to the bidders here, the Debtor was able to assign
16 the Etta Scottsdale lease with or without the consent
17 of the Landlord, respectfully. And so we believe
18 that assumption and assignment of that lease is
19 possible under the agreements that we currently have.
20 So we'll cross that bridge when we get there but
21 hopefully it won't be an issue.
22       Does anyone have any questions before I
23 send everybody off into their breakout rooms?
24       MR. AARON: This is Morrie with -- Morrie
25 Aaron.

Page 17

1       We are bidding on Scottsdale, but we would
2 like to listen to the auction via the main auction.
3       MR. McCLINTOCK: I think, Morrie, for that,
4 I think we're trying to limit the auctions to the
5 people who are actually bidding, you know, for
6 various reasons. So I think you'll be in a breakout
7 room.
8       We're going to try to do that auction as
9 quickly as we can. Obviously, people have the right
10 to break, and we'll try to update people. To the
11 extent groups are viewing breakout rooms, we'll try
12 to keep them updated as to what's happening if it's
13 going longer than we might expect, so we'll certainly
14 reach out to people.
15       MR. AARON: Okay. It would just be helpful
16 for us in forming our bidding to understand what is
17 going on. That's all. We would just be a listener.
18       MS. SAWCZUK: Yeah. I don't think we kind
19 of set it up to do that, but we'll definitely keep
20 you informed.
21       MR. AARON: Okay.
22       MS. SAWCZUK: Thanks. Anyone else have any
23 other questions before we start?
24       MR. HENRY: Yes. In the event that we're
25 technologically removed from the meeting and we were

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 18

1 to rejoin, how will we be joined to our breakout room
2 rather than to the main auction room?
3     MS. SAWCZUK: Mr. Collins.
4     THE ZOOM HOST: That's where I'll come in.
5 Sorry. Yes, I will take care of placing. As long as
6 you have your name listed under, as your Zoom name,
7 I'll be placing you back into your breakout room.
8     MS. SAWCZUK: When you --
9     MR. HENRY: Mr. Parker will be joining me
10 in the next 10 to 15 minutes, so just put him in with
11 me then.
12     THE ZOOM HOST: Yes, I have his name.
13     MS. SAWCZUK: And, Brian, if people drop,
14 they come into like a waiting room, right? So they
15 are not going to get dumped immediately into the main
16 auction room; correct?
17     THE ZOOM HOST: They actually will end up
18 in the main auction room. I can set it up so they go
19 into a waiting room, if you'd like.
20     MS. SAWCZUK: Yeah, let's do it that way.
21 That way, we don't have anyone that pops into the
22 auction room that we don't know is there or isn't
23 authorized to be there, whatever. If that can be
24 done, that's probably the best way to have that.
25     THE ZOOM HOST: Yes, one moment.

Page 19

1     MS. SAWCZUK: Break through to a new room.
2     MS. SEVERINI: Maria?
3     MS. SAWCZUK: Yes.
4     MS. SEVERINI: So will WPG be able to
5 monitor the main auction in the main auction room?
6     MR. McCLINTOCK: Yes, the process needs to
7 monitor. You know, it's fine to monitor all of the
8 auctions. We have no issue with that.
9     MS. SEVERINI: Thank you.
10     MS. SAWCZUK: And WPG, Wintrust and Lending
11 Club will be in the room to monitor.
12     MS. SEVERINI: Okay.
13     MS. SAWCZUK: Any other questions?
14     All right. Awesome. We're off to a good
15 start.
16     Brian, once you're ready, if you want to
17 just move everyone into the breakout rooms, and then
18 I can tell you who gets to come back into this room.
19     THE ZOOM HOST: Okay. One moment.
20     Hi, Jeffrey Dan. I couldn't identify which
21 group you were with.
22     MR. DAN: I'm one of the Debtors' attorneys
23 so I get to be in the room.
24     THE ZOOM HOST: Got you.
25     MR. DAN: In all of the rooms.

Page 20

1     THE ZOOM HOST: Okay. I'll send you over
2 there. One moment.
3     (Off record from 11:21 a.m. to 11:27 a.m.)
4     MR. McCLINTOCK: All right. So hey again,
5 everybody.
6     So we should have here --
7     MS. SAWCZUK: We're still, we're still
8 adding.
9     MR. McCLINTOCK: Yes, it looks like we're
10 still adding a few.
11     Brian, maybe let me know when you think
12 everybody is added. Then we'll confirm that and then
13 get going.
14     THE ZOOM HOST: Yes, that should be
15 everybody now, from the persons you mentioned.
16     MR. McCLINTOCK: Got it. Let's just do a
17 really good roll. We should have four groups here
18 who submitted bids, really substantial similar APAs
19 on all assets, putting aside price.
20     RG Capital, can you just confirm you are
21 on?
22     MR. GASPAR: Hi. Rafael here. RG Capital.
23     MR. McCLINTOCK: Thank you.
24     And John Leahy.
25     MR. LEAHY: Hi, Matt.

Page 21

1     MR. McCLINTOCK: Hey.
2     InKind?
3     MR. MOONESINGHE: Yes, Johann and Andy
4 here.
5     MR. McCLINTOCK: Perfect. Thank you, guys.
6     And then KJH, I see you but just for the
7 record.
8     MR. LIN: We're here, KJH.
9     MR. McCLINTOCK: Thanks, Jay.
10     So again, as we laid out in the email last
11 week, the highest opening bid we received for all of
12 the Debtors assets was the bid that came in from RG
13 Capital Group, and that was at 3.1 million, so that's
14 currently the -- kind of the leading bid going into
15 the auction.
16     We're going to try to do this as quick as
17 we can. Hopefully, it doesn't get unruly. We can
18 always change the process if it does.
19     What we'll be doing is just I'll throw
20 out a price. Does anyone want to go up? People can
21 either go up either the minimum increment which is
22 $50,000, and we could change that if needed later in
23 the auction, but at the moment it will be minimum of
24 50,000.
25     Any group can choose to go higher, right?

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 22

1  So if you choose to go up by 100,000 or 200,000,
2  that's up to you. But basically I'll be asking you
3  does anyone want to go to 3.15 million or higher?
4  And, you know, anyone can speak up on behalf of their
5  group.
6       So one thing I ask is that if your group
7  does want to bid, you know, and go to a particular
8  level, just make sure that (A), it's the person you
9  have designated for your group as the bidder who is
10  doing the talking; and (B), that that person
11  identifies themselves and the group that they're
12  with. So, for example, Rafael Gaspar, RG Capital
13  Group, you know, is bidding X.
14       And if there is too much in terms of,
15  you know, we get into a situation where people are
16  talking over each other, we could certainly change
17  that -- right? -- to where we go around the room to
18  each group, but I'm hoping to expedite things so we
19  can get to the individual auctions a little bit
20  quicker.
21       One other thing to know. If anybody
22  needs a break, you know, you want to talk to your
23  team, you want to take five or ten minutes, it's
24  obviously totally fine. Just, you know, speak up,
25  you know, raise your hand, and we can, we can try to

Page 23

1  accommodate that.
2       And again, I think it's probably good for
3  everyone on just try to stay on mute again when you
4  are not speaking.
5       And that's pretty much the ground rules.
6       Does anyone have any questions before we
7  delve into it?
8       (Pause.)
9       MR. McCLINTOCK: So hearing none, again the
10  highest bid we received was 3.1 million which was
11  again from RG Capital Group.
12       Is any bidder that is on willing to go up
13  to 3.15 million or higher?
14       MR. LEAHY: Not for me, Matt. It's John.
15       MR. McCLINTOCK: Okay.
16       MR. MOONESINGHE: Yeah, InKind is willing
17  to go up to 3.15.
18       MR. McCLINTOCK: Okay. So we've got InKind
19  then at 3.15.
20       So is any group willing to go up to
21  3.2 million or higher?
22       MR. GASPAR: Rafael, RG Capital. We'll go
23  up to 3.2.
24       MR. McCLINTOCK: And you have to go up to
25  3.25 because --

Page 24

1       MR. GASPAR: 3.2.
2       MR. McCLINTOCK: Yeah.
3       MR. GASPAR: 3.25, yes.
4       MR. McCLINTOCK: Okay. So RG Capital is
5  willing to go up to 3.25. So currently we're at --
6  Oh, I'm sorry. I think I had that wrong, Rafael.
7  InKind was willing to go up to 3.15. So
8  you're correct, 3.2 million is your current bid then.
9       So, Rafael, can you confirm RG Capital is
10  willing to go up to 3.2 million?
11       MR. GASPAR: Yes, confirming RG Capital at
12  3.2.
13       MR. McCLINTOCK: Got it. So is any bidder
14  on the call willing to go up to 3.25 million or higher?
15       MR. MOONESINGHE: This is Johann
16  Moonesinghe.
17       There are only three bidders in -- right?
18  -- because John said he is out.
19       MR. McCLINTOCK: Correct. With John not
20  bidding, there is only three possible bidders. It's
21  RG Capital Group, InKind, and then KJH Hospitality.
22       MR. MOONESINGHE: Yeah, InKind will go to
23  3.25. That's the next available slot?
24       MR. McCLINTOCK: Yes, that's correct.
25  Okay. With that, so InKind is currently in the lead

Page 25

1  at 3.25 million.
2       Is any bidder willing to go up to
3  3.3 million or higher?
4       MR. GASPAR: Rafael, RG Capital Group.
5  3.3 million.
6       MR. MOONESINGHE: We'll go 3.35.
7       MR. McCLINTOCK: Again for the record, can
8  you state your name and the group?
9       MR. MOONESINGHE: Johann Moonesinghe with
10  InKind.
11       MR. McCLINTOCK: Okay. So InKind is
12  currently in at 3.35 million.
13       Is any bidder willing to go to 3.4 million
14  or above?
15       MR. GASPAR: RG Capital, 3.4 million.
16       MR. MOONESINGHE: Johann with InKind.
17  We'll go to 3.5.
18       MR. McCLINTOCK: 3.5 or 3.45?
19       MR. MOONESINGHE: 3.5.
20       MR. McCLINTOCK: Okay. So with that, is
21  any bidder willing to go to 3.55 million or above?
22       MR. GASPAR: Are we at 3.55 or 3.5?
23       MR. McCLINTOCK: We're currently, the high
24  bid is InKind at 3.5.
25       InKind, can you confirm that?

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 26

1    MR. MOONESINGHE: That's confirmed.

2    MR. McCLINTOCK: Okay. So then the next
3 bid would have to be 3.55 million. 3,550,000 or
4 above.

5    MR. GASPAR: RG Capital, 3.55.

6    MR. MOONESINGHE: InKind will go 3.6.

7    MR. GASPAR: RG Capital, 3.65.

8    MR. MOONESINGHE: InKind, 3.7.

9    MR. McCLINTOCK: Hang on, guys, because I
10 have to write this down.

11    MS. SAWCZUK: I'm on it, Matt.

12    MR. McCLINTOCK: Are you? That's good. We
13 both are.

14    But so we're at 3.7 I think with InKind in
15 the lead. InKind, can you confirm that 3.7 million
16 bid?

17    MR. MOONESINGHE: Yes, that is confirmed at
18 3.7.

19    MR. McCLINTOCK: Okay. Sorry, guys. We're
20 trying to track this in real-time.

21    So 3.75. Is anyone willing to go up to
22 3.75 or above?

23    MR. GASPAR: RG Capital, 3.75.

24    MR. McCLINTOCK: Okay. Is anyone willing
25 to go up to 3.8 or above?

Page 27

1    MR. MOONESINGHE: Yeah, InKind will go 3.8.

2    MR. McCLINTOCK: Okay. Anyone willing to
3 go to 3.85 or above? 3.85 million or above?

4    MR. GASPAR: We request a breakout. RG
5 Capital.

6    MR. McCLINTOCK: Okay. So we're at right
7 now we're at 3.8 as the high bid with InKind as the
8 high bidder.

9    And Brian – how long do you need, Rafael?

10    MR. GASPAR: Five minutes. Five-ten
11 minutes, yeah.

12    MR. McCLINTOCK: Are you saying five is
13 fine?

14    MR. GASPAR: Yeah, uh-huh.

15    MR. McCLINTOCK: Okay. Can we get put in
16 the breakout rooms, Brian, for five minutes? And
17 we'll just reconvene at 42 after or so.

18    THE ZOOM HOST: Okay. Just with the same
19 groups as now?

20    MR. McCLINTOCK: Same exact group as now.

21    THE ZOOM HOST: Okay. All right. One
22 moment.

23    MR. McCLINTOCK: Thanks. Let's say 10:45
24 just to give everyone a minute.

25    THE ZOOM HOST: All right.

Page 28

1    MR. McCLINTOCK: Perfect. Thanks, everyone.

2    (Off record from 11:37 a.m. to 11:50 a.m.)

3    MR. McCLINTOCK: All right. Brian, are we
4 all back in?

5    THE ZOOM HOST: Just about.

6    MR. McCLINTOCK: Perfect. It looks like
7 we're all here. Let's just, again for the record,
8 let's confirm, John Leahy, I know you are out on
9 the bidding. It looks like you are here. Can you
10 confirm that?

11    MR. LEAHY: I confirm that. Thanks.

12    MR. McCLINTOCK: Okay. Rafael, can you
13 confirm you're here for RG Capital?

14    MR. GASPAR: Rafael here.

15    MR. McCLINTOCK: Okay. And KJH, I see Jay
16 and Kyu. Can just one of you confirm?

17    MR. LIN: Yes, confirm.

18    MR. McCLINTOCK: Okay. And then InKind,
19 can you confirm you are here and also confirm that
20 where we were was InKind is the high bidder with
21 $3.8 million?

22    MR. MOONESINGHE: Yeah, I'm here and
23 confirm 3.8 million.

24    MR. McCLINTOCK: Got it. So I know RG, you
25 asked for the break. Is there a willingness on your

Page 29

1 group or any other group to go up to 3.85 million or
2 above?

3    MR. GASPAR: RG Capital Group would like to
4 go up to 4 million.

5    MR. McCLINTOCK: Okay. So RG Capital is
6 the high bidder at $4 million. Is there any group
7 that wants to go up to 4,050,000 or 4.05 million.

8    MR. MOONESINGHE: Yes, InKind will go to
9 4.05 million.

10    MR. McCLINTOCK: Okay. And is there any
11 group that is willing to go up to 4.1 million or
12 above?

13    (Pause.)

14    MR. McCLINTOCK: So going once, going
15 twice. And obviously, again, let me know if anyone
16 needs a break, but so far I haven't heard anyone who
17 is willing to go up to 4.1 million, and right now
18 we're at 4.05 million with InKind as the leading
19 bidder.

20    Okay. And Rafael, I know you have been
21 bidding on behalf of RG. Can you confirm that you
22 don't need a break and that RG is not willing to go
23 above the current high bid at 4.05 million?

24    MR. GASPAR: Correct, Matt. RG Capital
25 will not go – will no longer bid at this time.

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 30

1     MR. McCLINTOCK: Okay. And everyone, thank
2  you. Thank you very much for that.
3     So with that, InKind is going to be
4  deemed the high bidder for all of the assets at
5  $4.05 million. And I think, so two things. And then
6  the tentative backup bidder is going to be RG Capital
7  at $4 million.
8     I'm going to go around the room and I'm
9  going to do two things. One is I'm going to confirm
10  those two bids for those two groups essentially that
11  if those groups want to bid on individual assets that
12  they are, you know, locked into those bids, you know,
13  even if sort of the cumulative individual bids don't
14  add up to 4.05 million.
15     And then we're going to take a little
16  break. We're going to send -- we have some APAs
17  that we drafted, and what we'll do is we're going to
18  send those to folks. They're basically the same
19  exact form APAs as what you've looked at, but for
20  individual assets, you know, folks can look at those
21  and, you know, confirm that if they do want to bid on
22  individual assets that, you know, they're okay with
23  that, that form.
24     And, you know, for each individual asset
25  that a group did want to bid on, we want to know

Page 31

1  whether that bid is contingent on getting the
2  associated IP.
3     So let me start. I'll start with InKind.
4  So InKind, do you want -- do you desire to bid on
5  individual assets or are you content with it just
6  being that's the high bidder for everything?
7     MR. MOONESINGHE: Yeah, we're going to bid
8  on individual assets as well.
9     MR. McCLINTOCK: Okay. And we'll send
10  you -- Do you know in particular, are you looking to
11  bid on each of the individual assets or are there
12  particular ones you are not interested in bidding on?
13     MR. MOONESINGHE: We're going to bid on all
14  of the individual assets.
15     MR. McCLINTOCK: Okay. Then we'll send you
16  the form APAs. They're basically the exact same as
17  what you have already seen, just with at the moment
18  price blank, you know, and, you know, essentially for
19  one asset as opposed to for all assets. And you can
20  take a little bit of time to kind of look those over,
21  and we'll probably take a break and let everybody
22  know we're going to reconvene at a certain time.
23     And then for Scottsdale, for example, is
24  your -- Well, let's put it this way. For IF Bucktown
25  and Scottsdale, will your bids, when you are bidding

Page 32

1  on individual assets, be contingent on getting the
2  associated IP?
3     MR. MOONESINGHE: Yeah, absolutely.
4     MR. McCLINTOCK: Okay.
5     MR. MOONESINGHE: It's going to be a major
6  issue if there is multiple people that own IP.
7     MR. McCLINTOCK: Totally. No, it can
8  only go to one party, but people can -- just for
9  everybody's benefit, we're going to let people bid.
10  If somebody wanted to bid, for example, Scottsdale
11  plus IP, we'll let them bid, but we'll take that into
12  account in their bid.
13     So, for example, if, let's say someone is
14  willing to pay, you know, $2 million for Scottsdale
15  without the IP and someone else is willing to pay 2.1
16  for Scottsdale with the IP; 2.1, by itself, would be
17  the best bid, but if the top bid for Bucktown, the
18  top two bids for Bucktown are contingent on that IP
19  and we really wouldn't have a buyer for Bucktown
20  without that, we might be decide we probably would
21  decide that the highest and best bid for Scottsdale
22  is the $2 million bid without the IP. So that is why
23  I'm trying to understand that issue.
24     So for InKind, it sounds like you want to
25  bid on all individual assets, and in each case it

Page 33

1  would dependent on getting the IP; is that correct?
2     MR. MOONESINGHE: I think we'll have to
3  see, Matt, how the auction because it depends on what
4  we end up winning or not winning with the individual,
5  if we need the IP or not.
6     MR. McCLINTOCK: Correct, but you would
7  only -- Yeah, but in each case, like if you were to
8  buy Bucktown, you would want the IP with Bucktown.
9     MR. MOONESINGHE: Yeah, but if we -- Yes,
10  but if we bought Bucktown and Scottsdale, then we
11  definitely -- like, for example, we got Bucktown we
12  didn't get Scottsdale, then if the Scottsdale person
13  I guess wanted the IP, I don't know. I have to
14  figure it out, right?
15     MR. McCLINTOCK: Okay. We'll go in with
16  the assumption. Either way, buyers have the option
17  of taking it or not taking it for each individual
18  location, so we can cross that bridge with each
19  particular one.
20     And then RG Capital, is your group
21  intending to bid on individual assets as well?
22     MR. GASPAR: Yes we are.
23     MR. McCLINTOCK: Okay. And for each of
24  those, is it similar to what InKind just said, that
25  for the most part you would want the IP for each of

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 34

1 those locations?

2      MR. GASPAR: We definitely would want that,

3 yes.

4      MR. McCLINTOCK: Okay. And then John

5 Leahy, are you intending to bid on individual assets?

6      MR. LEAHY: Yes, Matt.

7      MR. McCLINTOCK: Okay. And is there, are

8 there particular ones or for all of the assets that

9 you are interested in?

10      MR. LEAHY: Probably not Scottsdale. Not

11 Scottsdale.

12      MR. McCLINTOCK: So everything other than

13 Scottsdale?

14      MR. LEAHY: Yes.

15      MR. McCLINTOCK: Okay. And would you, for

16 those entities, so for Bucktown, River North, would

17 you want the IP?

18      MR. LEAHY: Probably, yes.

19      MR. McCLINTOCK: I assume the IP also with

20 Aya?

21      MR. LEAHY: Yes.

22      MR. McCLINTOCK: Okay. And then for KJH

23 Hospitality, is your group intending to bid on

24 individual pieces?

25      MR. LIN: We are.

Page 35

1      MR. McCLINTOCK: Okay. Are there any you

2 are not intending to bid on, Jay?

3      MR. LIN: Yeah, we're not interested in

4 Scottsdale either.

5      MR. McCLINTOCK: Okay. And is it similar

6 that for each location, for example, you would want

7 the IP for Aya and the IP for Bucktown and River

8 North?

9      MR. LIN: Yes.

10      MR. McCLINTOCK: Okay. Why don't we do

11 this, everyone? I'm going to -- We want to send out,

12 we're going to circulate the sort of very simple

13 individual asset APAs, and if people can kind of look

14 at those a little bit in real time.

15      Why don't we plan to reconvene at 11:30.

16 That gives everybody a break. Brian, is there a way

17 we can communicate with the --

18      MS. SAWCZUK: Matt?

19      MR. McCLINTOCK: -- third parties?

20      Maria.

21      MS. SAWCZUK: Yes, this is Maria Sawczuk

22 for the record.

23      I think what we should do is bring everyone

24 into the main room and announce the winner and then

25 tell them that we'll reconvene.

Page 36

1      MR. McCLINTOCK: At 11:30. I think the

2 plan is to start with Scottsdale, so we'll, we'll

3 confirm that to folks.

4      MS. SAWCZUK: Yes. Bring everyone in?

5      MR. McCLINTOCK: Yeah, that's fine.

6      Brian, do you want to perhaps get everybody

7 into the room?

8      And just for the record, again, let's

9 just reconfirm that the high bid here was InKind at

10 4.05 million. And, InKind, can you confirm (A), that

11 that's your high bid and that (B), you understand

12 that you are going to stand by that high bid even if

13 the sum of the individual bids end up being less than

14 that high bid?

15      MR. MOONESINGHE: Yes, our high bid was

16 4.05. And we understand it's based on if the sum of

17 the individuals is under.

18      MR. McCLINTOCK: Got it.

19      And then RG Capital, can you do the same?

20 I know your high bid, which is really the backup at

21 this point, was $4 million, but can you confirm that

22 your standing by that bid as the potential backup bid

23 in the event that the individual bids don't, in the

24 aggregate, add up to more that 4.05 million?

25      MR. GASPAR: Yes, we stand by our bid.

Page 37

1      MR. McCLINTOCK: All right. Well, thanks,

2 everyone. Brian -- yes?

3      MR. LEAHY: Excuse me. What is the lineup

4 for the individuals then? You said Scottsdale is

5 one. Do you have a lineup for the other one or no?

6      MR. McCLINTOCK: We don't necessarily.

7 It's probably Scottsdale, and then Bucktown I would

8 think after that.

9      MR. LEAHY: Okay. Cool. Thanks.

10      MR. McCLINTOCK: Sure.

11      THE ZOOM HOST: Okay. I'll bring everyone

12 back in?

13      MR. McCLINTOCK: Yes.

14      MS. SAWCZUK: Bring everyone. Thank you.

15      And just a reminder, we are still on the

16 record in this room.

17      THE ZOOM HOST: Okay. Everyone should be

18 back in.

19      MR. McCLINTOCK: Awesome. Thank you,

20 Brian. And thanks everyone for the patience.

21      So we just wrapped up the auction for

22 everything which ended with InKind as the high bidder

23 for all the assets, and that was at $4.05 million.

24      So we're planning to conduct individual

25 auctions after this. The plan is to start with

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 38

1 Scottsdale. So every, every bidder who is interested
2 in individual bidding for Scottsdale will be in on
3 that auction. We'll start at the lowest individual
4 bid we received for Scottsdale, but obviously people
5 can, you know, move up faster than that.
6      We were thinking, because we have to reach
7 out to a couple different buyers, and, you know, we
8 also want to give InKind a little bit of time to
9 allocate its bid, we were thinking of coming back at
10 11:30 Central, so 12:30 Eastern to start the
11 individual bidding for Scottsdale.
12      And InKind, I know you are still on. As we
13 put in that email, if you can go back prior to that
14 and work on, you know, an allocation, and if you need
15 to talk to the Debtor during that process, you can.
16      And RG, you might do the same thing for
17 your backup bid is come up with an allocation between
18 the entities that would ultimately go into the APA.
19      MR. GASPAR: Matt, when do you want us to
20 do that?
21      MR. McCLINTOCK: If you could over the next
22 kind of half hour leading into the Scottsdale auction
23 so we have an idea of what your final bid is looking
24 like from the Estate's perspective.
25      MR. GASPAR: And we'll be in our own

Page 39

1 breakout room.
2      MR. McCLINTOCK: You will be in your own
3 breakout room. So what we'll do is we'll send
4 everyone right now into their own breakout room, and
5 then we'll pull in all of the parties bidding on
6 Scottsdale only at 11:30 Central, so in 25 minutes,
7 12:30 Eastern, and then we'll try to get through the
8 Scottsdale auction as quickly as we can.
9      And then we'll likely pivot to Bucktown
10 and essentially do the same thing for each of the
11 individual assets, one after the other, so ...
12      MR. MOONESINGHE: Matt, for clarity, what
13 is the order you are going to go into the individual
14 assets?
15      MR. McCLINTOCK: I think we'll do
16 Scottsdale, Bucktown, River North, and then we'll do
17 Aya last, if that works.
18      MR. MOONESINGHE: And the allocation of
19 InKind has to do now, that can't change later? That's
20 the final allocation we're doing at this point?
21      MR. McCLINTOCK: Yeah, we'd like to get
22 that locked in, if we can so, again, we understand
23 kind of where value is flowing from that particular
24 bid.
25      MR. MOONESINGHE: Okay.

Page 40

1      MS. SAWCZUK: And let me just – before we
2 break everybody out into the rooms, let me just, we
3 had individual bids for Scottsdale, so along with the
4 four entities that will be, that were in the room for
5 all assets, we're going to bring in for Scottsdale,
6 RSX Investment, Fox Restaurant Concepts, and Lettuce
7 Entertain You still bidding.
8      MR. McCLINTOCK: Perfect. And unless
9 anyone has questions, in which case raise them now or
10 forever hold your peace, why don't we get everyone
11 into their breakout rooms, and we'll plan to come
12 back.
13      Bernard, did you have a question?
14      MR. HENRY: Can you repeat what the final
15 number was on that last bid?
16      MR. McCLINTOCK: Yeah, it was 4.05 million
17 so 4,050,000.
18      MS. SAWCZUK: Okay. All right. Brian
19 Collins, can you move people into their rooms? And
20 we'll convene back in the main room with the
21 Scottsdale bidders at 12:30 Eastern, 11:30 Central.
22      THE ZOOM HOST: Sounds good.
23      (Off record from 12:07 p.m. to 12:47 p.m.)
24      MS. SAWCZUK: Okay. Well, back the record,
25 Brian.

Page 41

1      So I want to make sure that we have the
2 proper people who are all interested in bidding on
3 Scottsdale.
4      So we have representatives from RSX
5 Investment Group?
6      MR. HENRY: Yes.
7      MS. SAWCZUK: Representatives from InKind
8 Cards, Inc.?
9      MR. MOONESINGHE: Yes.
10      MS. SAWCZUK: Representatives from Fox
11 Restaurant Concept?
12      MR. DOSCH: Yes.
13      MS. SAWCZUK: Representatives from Lettuce
14 Entertain You?
15      MR. THOMAS: Yes.
16      MS. SAWCZUK: Representatives from RG
17 Capital Group?
18      MR. GASPAR: Yes.
19      MS. SAWCZUK: And then we have the
20 observers, Wintrust, Scottsdale Landlord, and Lending
21 Club.
22      Is there anybody that I didn't mention by
23 organization that's on?
24      (Pause.)
25      MS. SAWCZUK: Okay. Good.

*Reliable Court Reporting*

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 42

1    All right, Matt.

2    MR. McCLINTOCK: Okay. So we're here on

3  Scottsdale. We sent around and either people

4  submitted -- Actually some of these groups, for

5  example, Fox, Lettuce Entertain You, and RSX each

6  sent us an individual APA just for the Scottsdale

7  location. So those were fine.

8    For KJH Hospitality, RG Capital, and

9  InKind, we circulated sort of individual APAs for

10  each of the assets that they're bidding on. And

11  those would track generally the APA that everybody

12  entered into for all assets, just generally narrowed

13  down to one particular asset.

14    I know we received email confirmation

15  from some of the buyers, but just very quickly I'm

16  going to go around and confirm that those bidders, to

17  the extent they're bidding and they're the prevailing

18  bidder, that they would be willing to enter into a

19  APA that is substantially on the form of, you know,

20  what has been circulated, also similar to what they

21  previously entered into but just for Scottsdale.

22    So KJH, can you confirm that?

23    Oh, I'm sorry. KJH is -- They're out,

24  right -- Maria? -- on this asset?

25    MS. SAWCZUK: Yes, that's correct.

Page 43

1    MR. McCLINTOCK: Yes. InKind, can you

2  confirm that?

3    MR. MOONESINGHE: Ira, can you -- because

4  I assume that is a legal question. Can you confirm

5  that for us?

6    MR. KHARASCH: Yes, we're confirmed on

7  that.

8    MR. McCLINTOCK: RG Capital, I think we

9  sent an email, but can you confirm for the record?

10    MR. GASPAR: Yes, we're confirmed.

11    THE COURT: Okay.

12    MS. SAWCZUK: The others have all put in.

13    MR. McCLINTOCK: Yes, they all submitted

14  APAs. So perfect. So we should have five groups

15  bidding.

16    The minimum bid we received from an

17  individual bidder was actually, it was frankly the

18  same for all three of the groups that submitted an

19  individual bid for the assets. So if it doesn't go

20  up we're going to have an issue who is the winning

21  bidder since they're all the same, but that bid was

22  300,000.

23    So right now, the individual bid for

24  Scottsdale stands at $300,000. And so the -- and

25  again, just the same ground rules as we had for the

Page 44

1  main auction which I will put out there just because

2  we've got a new -- you know, some new parties there.

3    So bid increments of 50,000 minimum, can

4  be more, totally up to you. When you submit a bid,

5  we'll throw out a price that it would have to be

6  increased to. You know, if your group is willing to

7  go to that price, state your name and the name of

8  your group. So again, you know, for example, "Rafael

9  Gaspar, RG Capital." And then the price that you

10  would be willing to go to.

11    You -- any group is welcome to ask for a

12  break. We can have, you know, a five minute break

13  if you want to convene with your colleagues in a

14  breakout room. And when you are not speaking, just

15  try to stay on mute.

16    So before we start the bidding, any questions

17  on those ground rules or is that straightforward?

18    (Pause.)

19    MR. McCLINTOCK: So hearing none, and with

20  our --

21    MR. DOSCH: Hey, Matt.

22    MR. McCLINTOCK: Yes.

23    MR. DOSCH: What was the allocation of the

24  4.05 million all in?

25    MR. McCLINTOCK: Sure. The tentative

Page 45

1  allocation that we received from InKind is 3.5

2  million to River North, 50,000 to Aya, 250,000 to

3  Bucktown, and 250,000 to Scottsdale.

4    But remember, those allocations don't

5  drive, you know, the purchase price or the minimum

6  bid for these assets. We're going to start at the

7  lowest of the -- or the highest of the individual

8  bids received for these particular assets.

9    Any other questions?

10    MR. DOSCH: What is the highest bid for

11  Scottsdale that was received?

12    MR. McCLINTOCK: It was $300,000, so that

13  to top that, someone would have to go up to 3.05 --

14  or 350,000.

15    Any other questions before we --

16    MR. GASPAR: Sorry, Matt. Can you repeat

17  those allocations one more time?

18    MR. McCLINTOCK: No problem. 250,000 to

19  Scottsdale, 250,000 to Bucktown, 3.5 million to River

20  North, and 50,000 to Aya.

21    MR. GASPAR: Okay. Thank you.

22    MR. McCLINTOCK: Sure. But again, that

23  doesn't necessarily drive, you know, the price. It's

24  just how the buyer wants to allocate value under

25  their contract as the proposed buyer.

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 46

1      So seeing and hearing no further questions,
2  again with the kind of minimum opening bid, or the
3  highest bid received on an individual basis being
4  300,000, is there anyone willing, any group willing
5  to go to 350,000 or above for just Scottsdale?
6      MR. DOSCH: Hey, Matt. Just a question.
7      MR. McCLINTOCK: Yes.
8      MR. DOSCH: How many bidders are at 300,000
9  right now?
10     MR. McCLINTOCK: I think, I believe five
11  bidders. Is that correct, Maria?
12     MS. SAWCZUK: Three bidders. The three
13  Scottsdale bidders, RSX, Fox, and Lettuce all bid
14  300,000.
15     MR. McCLINTOCK: Correct. So there is
16  three bids at $300,000, so we'll have to sort that
17  out if there is no higher bidder. And then as well,
18  InKind and RG Capital decided they're also willing to
19  bid individual or indicated an interest in bidding
20  individually, so the question is, are any of those
21  five bidders willing to go up to 350,000 or higher
22  for just Scottsdale?
23     MR. SAMSON: Ethan Sampson, Lettuce
24  Entertain You will bid 350.
25     MS. SAWCZUK: Thank you.

Page 47

1      MR. McCLINTOCK: Okay. Is anyone willing
2  to go to 400 thousand or higher?
3      MR. DOSCH: We will, Matt.
4      MR. McCLINTOCK: And can you state your
5  name just for the record?
6      MR. DOSCH: Yes. Evan Dosch for Fox
7  Restaurant Concepts. We'll bid 400,000.
8      MR. McCLINTOCK: Okay. So right now, Fox
9  is the high bidder at 400,000. Is there any group
10  willing to go to 450 – 450,000 or higher for just
11  Scottsdale?
12     MR. SAMSON: Ethan Samson, Lettuce
13  Entertain You will go to 450.
14     MR. McCLINTOCK: Okay. Is there any
15  group willing to go to 500,000 or higher for just
16  Scottsdale?
17     MR. DOSCH: Evan Dosch, Fox Restaurant
18  Concepts will bid 500,000.
19     MR. McCLINTOCK: Any group willing to go
20  550 or higher for just Scottsdale?
21     MR. SAMSON: Ethan Samson, Lettuce
22  Entertain You will go to 550.
23     MR. McCLINTOCK: Any group willing to
24  600,000 or higher for just Scottsdale?
25     MR. DOSCH: Evan Dosch, Fox Restaurant

Page 48

1  Concepts will bid 600,000.
2      MR. McCLINTOCK: Any group willing to go to
3  650,000 or higher?
4      MR. SAMSON: Ethan Samson Lettuce Entertain
5  You will go to 650.
6      MR. McCLINTOCK: Any group willing to go to
7  700,000 or higher for Scottsdale?
8      MR. DOSCH: Evan Dosch, Fox Restaurant
9  Concepts will bid 700,000.
10     MR. McCLINTOCK: Any group willing to go to
11  750 – 750,000 or higher for Scottsdale?
12     (Pause.)
13     MR. McCLINTOCK: So hearing none, right
14  now, Fox Restaurant Group is in the lead with 700,000
15  offered for just the Scottsdale location.
16     Is there anyone, any bidder here that is
17  willing to go to 750,000 or higher for just the
18  Scottsdale location?
19     MR. MOONESINGHE: InKind here. Yes, we'll
20  go 750.
21     MR. McCLINTOCK: Okay. So InKind at 750.
22  Is there any, any bidder willing to go to 800,000 or
23  higher for Scottsdale?
24     MR. DOSCH: Matt, Evan Dosch, Fox
25  Restaurant Concepts. We'll bid 800,000.

Page 49

1      MR. McCLINTOCK: Any bidder willing to go
2  850 or above for Scottsdale?
3      MR. MOONESINGHE: InKind will go 850.
4      MR. McCLINTOCK: Let me, let me just
5  confirm one thing with InKind. So for your bid on
6  Scottsdale, is InKind desiring to make that bid
7  contingent on also acquiring the IP, the added IP?
8      MR. MOONESINGHE: Yes.
9      MR. McCLINTOCK: Okay. And I know the
10  answer for the other groups which is why I hadn't
11  asked it before, but – and I appreciate that.
12     Is there any group willing to go to
13  $900,000 or higher for just Scottsdale?
14     MR. DOSCH: Evan Dosch, for Fox Restaurant
15  Concepts. We'll go to 900,000.
16     MR. McCLINTOCK: Any group willing to go to
17  950,000 or more for Scottsdale?
18     And again feel free to let me know if any
19  group needs a break as well, but again let me know if
20  there is any group that's willing to go to 950,000 or
21  higher for just Scottsdale.
22     Okay. So hearing none, unless somebody
23  speaks up, I think we're going to deem Fox Restaurant
24  Groups as the high bidder at 900,000.
25     MR. MOONESINGHE: Can you give us just 30

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 50

1  seconds? We're just talking internally.
2        MR. McCLINTOCK: Sure. That's fine.
3        (Pause.)
4        MR. MOONESINGHE: And what is the current
5  bid, Matthew?
6        MR. McCLINTOCK: It's, Fox can confirm
7  this, but Fox Restaurant Group at 900,000. Fox, is
8  that right?
9        MR. DOSCH: Confirmed.
10        MR. MOONESINGHE: InKind will go to 950.
11        MR. McCLINTOCK: And is there any bidder
12  willing to go to a million or above for Scottsdale?
13        MR. DOSCH: Evan Dosch, Fox Restaurant
14  Concepts. We'll go to a million.
15        MR. McCLINTOCK: Okay. Any group willing
16  to go to 1.05 million, a million 50 thousand or
17  above?
18        MR. MOONESINGHE: Yes, InKind will do a
19  million 50,000.
20        MR. McCLINTOCK: Okay. Any group willing
21  to go to 1.1 million for just Scottsdale?
22        MR. DOSCH: Evan Dosch, Fox Restaurant
23  Concepts. We'll go to 1.1.
24        MR. McCLINTOCK: Any group willing to go to
25  1.15 million for Scottsdale?

Page 51

1        MR. MOONESINGHE: InKind is not going to
2  bid any higher. You can have it, Evan.
3        MR. McCLINTOCK: Okay. So I'll throw it
4  out one more time just to confirm. And again, anyone
5  is welcome to a break or anything else.
6        Right now we're at 1.1 million for Fox. So
7  is there any group that is willing to go to 1.15
8  million or higher for Scottsdale?
9        (Pause.)
10        MR. McCLINTOCK: Okay. Hearing none, we
11  will deem the tentative high bidder for Scottsdale or
12  the high bidder for Scottsdale but again subject to
13  the other bids coming in and the Estate determining
14  what combo of bids constitutes the best and highest
15  value, but we will deem the high bid for just
16  Scottsdale at 1.1 million, and that's the Fox Group.
17        Fox, can you confirm that?
18        MR. DOSCH: Confirmed.
19        THE COURT: Okay. And also can you
20  confirm that to the extent obviously we're going to
21  go forward with bidding on individual assets, other
22  individual assets, but can you confirm that Fox will
23  stand by that bid, you know, even if you are not the
24  winning bidder on other assets, that you understand
25  it could be a combo of bids, i.e., somebody else

Page 52

1  could buy Bucktown, someone else could buy Aya, and
2  Fox still has to stand by its high bid to purchase
3  the Scottsdale location for 1.1 million; correct?
4        MR. DOSCH: Confirmed.
5        MR. McCLINTOCK: Okay.
6        Okay. Why don't we send everyone then,
7  absent questions, we'll send everyone into their
8  breakout room, but I think this time only for a very
9  few minutes while we kind of lineup the folks that
10  have come into the Bucktown auction, and it's going
11  to be largely the same but I think it's going to be a
12  few different ones. So if we can, why don't we send
13  everyone to their breakout rooms and we'll reconvene
14  in a couple minutes.
15        MR. DOSCH: Hey, Matt. Given that our bid
16  is contingent on the outcome of the other auctions,
17  can we observe the other auctions, please?
18        MR. McCLINTOCK: I don't inherently have a
19  problem with that.
20        Maria, do you have a problem with that?
21        MS. SAWCZUK: I don't think so.
22        MR. McCLINTOCK: Yeah. In that case, why
23  don't we do this? Let's send everyone to their
24  breakout rooms for five minutes, Brian, if you can
25  just so the Debtor team can reconvene and make sure

Page 53

1  we're all on the same page. And then in five
2  minutes, we'll reconvene here.
3        And, Brian, why don't you just move
4  everybody in if that works. And we'll talk through
5  who can bid on Bucktown once we get into the room.
6        THE ZOOM HOST: Okay. Sounds good.
7        MR. McCLINTOCK: Awesome. Thanks, Brian.
8        THE ZOOM HOST: Yep.
9        (Off record from 1:05 p.m. to 1:05 p.m.)
10        MR. SIMOS: Hey, Matt.
11        MS. SAWCZUK: Hey, Georg. We're going
12  to go into the breakout room, we'll talk in there,
13  unless -- we can get pulled out at any moment.
14        MR. SIMOS: Okay.
15        THE ZOOM HOST: Sorry, I had to pull
16  everyone back into the main room to send everybody
17  back to their breakout room, so unfortunately it
18  doesn't work any other way.
19        MR. McCLINTOCK: Yeah, no worries. Thanks
20  for doing it, Brian.
21        THE ZOOM HOST: Okay. And I'm sending
22  everyone back to the breakout rooms.
23        (Off record from 1:06 p.m. to 1:13 p.m.)
24        MR. McCLINTOCK: All right. Brian, should
25  we have everybody here?

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 54

1    THE ZOOM HOST: Everybody is back.
2    MR. McCLINTOCK: Perfect. For those of you
3 who weren't in the Scottsdale auction, we decided to
4 open up the Bucktown auction to everybody. So it
5 should be every bidder, every observer should be here
6 for the Bucktown auction.
7    A couple updates.
8    The high bidder for just the Scottsdale
9 location was Fox Restaurant Group, and that was at
10 $1.1 million.
11    Of note that's I think relevant to the
12 Bucktown and River North in particular, Fox's bid
13 does not include the IP for Etta, so a bidder on
14 Bucktown and/or Bucktown and River North ultimately
15 could acquire the IP and have, you know, a right to
16 the Etta name and, you know, Fox could still acquire
17 the other location, the Scottsdale location.
18    Now, my understanding is that we've got,
19 let's see here how many bids. That we have one, two,
20 three, four, five groups that either have bid for or
21 are ready to bid for the Bucktown location.
22    I'm going to go through them very quickly
23 and just confirm that.
24    I'll start with RG Capital Group. Rafael,
25 is it your intent to bid on Bucktown?

Page 55

1    MR. GASPAR: Yes.
2    MR. McCLINTOCK: And I assume your bid
3 could be contingent on getting the Etta IP with it.
4    MR. GASPAR: Yes, definitely.
5    MR. McCLINTOCK: InKind Cards, can you
6 confirm the same two things?
7    MR. MOONESINGHE: Yes.
8    MR. McCLINTOCK: So you are bidding and
9 your bid would be contingent on getting that Etta IP?
10    MR. MOONESINGHE: It's hard to say, Matt,
11 because the answer is no if I win River North, in
12 which case I would get them both; right? So ...
13    MR. McCLINTOCK: So, in other words, let's
14 put it this way. InKind needs the IP if it acquires
15 Bucktown and/or River North; is that the answer?
16    MR. MOONESINGHE: Yeah, because Fox doesn't
17 want it in Scottsdale, so if we took it in Chicago
18 we'd get it, so ...
19    MR. McCLINTOCK: Correct. Okay. That's
20 understood.
21    John Leahy, are you planning to potentially
22 bid on Bucktown? And if so, would you want that IP?
23    MR. LEAHY: Yes, and yes.
24    MR. McCLINTOCK: Okay. 4 Star Restaurant
25 Group, are you planning to bid on or potentially bid

Page 56

1 on Bucktown? If so, would you want the Etta IP? I
2 believe so based on your contract.
3    MR. DUNLAY: Yes, and yes.
4    MR. McCLINTOCK: Okay. And KJH
5 Hospitality, are you planning to bid on Bucktown?
6 And if so, would you want the Etta IP?
7    MR. LIN: Yes, and yes.
8    MR. McCLINTOCK: And so for KJH, KJH was
9 one that had not submitted -- you submitted an APA
10 for all assets and, you know, you weren't in on the
11 Scottsdale auction.
12    During the break after the main auction,
13 we sent over some kind of individual contracts for
14 assets where you might, you know, bid individually,
15 for example, an individual contract for Bucktown.
16    Can you just confirm -- and that contract,
17 by the way, is materially similar to the APA you
18 signed or would have signed for all assets. Can
19 you confirm that if you were the high bidder for the
20 Bucktown asset or, for that matter, River North or
21 one of the other individual locations that you
22 understand that you'd need to enter in, after the
23 auction, to an APA substantially similar to the
24 form you entered into previously but now only for
25 one particular location? Is that, is that your

Page 57

1 understanding.
2    MR. LIN: Yeah, we confirm. We also
3 replied on the email. Kyu Chang, my partner replied.
4    MR. McCLINTOCK: I saw that. Yes, thank
5 you for that. I just wanted to get it on the record.
6    Okay. So with that, again we're starting,
7 and did the same thing for Scottsdale. We're
8 actually starting at the lowest bid that was
9 submitted by an individual bidder for the assets.
10    MS. SAWCZUK: The highest bid submitted.
11    MR. McCLINTOCK: I'm sorry. Yes, the
12 highest bid submitted for that individual asset.
13 In this case, the highest bid submitted for just
14 Bucktown, which is only one bid since most people
15 wanted more than one asset, was 400,000. So that
16 is kind of the incumbent bid.
17    So with that, again, we'll start asking if
18 people have higher bids.
19    A couple ground rules. I think everybody
20 has heard these, but I will just say them very
21 quickly.
22    We're using at the moment 50,000 or greater
23 increments, so you can increase the bid. It has to
24 be increased by 50,000. It could be more.
25    When you are bidding, please state your

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 58

1 name and then the name of the group. So, for
2 example, Matt, XYZ Group, and then your – the amount
3 of your bid, just so it's clear on the record, you
4 know, who is bidding, which entity, and who is
5 bidding on behalf of that entity.
6        Always, you know, breaks, you're welcome to
7 take a break. Just speak up. You know, don't be
8 shy. It's fine if you want to talk to your group.
9        And, again, please stay on mute, you know,
10 when not speaking, which everyone has been doing a
11 great job of, and we appreciate.
12        So before we delve into seeing if there is
13 bids higher than $400,000 for Bucktown individually,
14 does anyone have any questions?
15        (Pause.)
16        MR. McCLINTOCK: Perfect. So with that,
17 is there any group that is willing – And by the way,
18 one last thing just again for the record.
19        Right now, it was 4 Star Restaurant Group
20 that submitted the $400,000 bid. So the question
21 for the group is, is there anyone willing to go to
22 $450,000 or above for just the Bucktown asset?
23        MR. LEAHY: Hey, Matt.
24        MR. McCLINTOCK: Yeah.
25        MR. LEAHY: It's Leahy. We'll go to 450.

Page 59

1        MR. McCLINTOCK: Okay. So John Leahy is at
2 450 for Bucktown.
3        Is there any group willing to go to 500,000
4 or above for Bucktown?
5        MR. LIN: A quick question. Is this
6 including the Bucktown lease or is that separate?
7        MR. McCLINTOCK: Yes, that would include
8 the contract provides a contingency the Debtor
9 getting the approval order entered, so the Bankruptcy
10 Court entering an order, transferring the asset, and
11 that includes assuming and assigning the lease for
12 the Bucktown location.
13        And I should be clear on that, by the way,
14 everyone. We mentioned this in the email, but when
15 we talk about the Bucktown location, you're really
16 bidding for two, two assets. You are bidding for the
17 assets that are owned by the Etta Bucktown, LLC
18 entity, and you're also bidding for the assets that
19 are owned by the 1840 North Avenue Debtor because
20 1840, really all it owns is the lease and the liquor
21 license, to my understanding, for the Bucktown
22 location, and I think an adjacent storage lease. And
23 I think everyone is familiar with those things from
24 diligence.
25        So really when we're asking for bids for

Page 60

1 Bucktown, it's for the entire package of assets.
2        And, Jay, that's a very good question, but
3 we're talking about bids for the entire package of
4 assets that essentially encompass, you know, an
5 operational Bucktown location. So it's really the
6 assets owned by Etta Bucktown, LLC and the assets
7 owned by the 1840 North Avenue Debtor.
8        MR. LIN: Perfect. So Jay for KJH will
9 go – is it 500 right now?
10        MR. McCLINTOCK: 500. So KJH is currently
11 at 500,000. Is there anyone willing to 550 or above
12 for the Bucktown assets?
13        MR. DUNLAY: 4 Star, Doug with 4 Star will
14 go to 550.
15        MR. McCLINTOCK: Okay. So is there anyone
16 willing to go 600 or above for the Bucktown assets?
17        MR. LIN: Jay for KJH, 600.
18        MR. McCLINTOCK: Anyone willing to go to
19 650 thousand or above for the Bucktown assets?
20        MR. DUNLAY: 4 star will go to 650.
21        MR. McCLINTOCK: And that's Doug; right?
22        MR. DUNLAY: This is Doug.
23        MR. McCLINTOCK: Perfect. Is there a
24 group willing to go to 700,000 or above for just the
25 Bucktown asset?

Page 61

1        MR. LIN: Jay for KJH, 700.
2        MR. McCLINTOCK: Is there any group willing
3 to 750 or above for Bucktown?
4        MR. DUNLAY: Doug with 4 Star will go to
5 750.
6        MR. McCLINTOCK: Any group willing to
7 800,000 or above for Bucktown?
8        MR. LIN: Jay for KJH, 800,000.
9        MR. McCLINTOCK: Any group willing to go to
10 850, 850,000 or above for the Bucktown assets?
11        MR. LEAHY: Matt, Leahy will go to 850.
12        MR. McCLINTOCK: Okay. So Leahy at 850.
13 John Leahy.
14        Any bidder willing to go to 900,000 or
15 above for the Bucktown assets?
16        MR. LIN: Jay, KJH, 900,000.
17        MR. McCLINTOCK: Any group willing to go to
18 950,000 or above for the Bucktown asset?
19        MR. LEAHY: Matt, it's Leahy. I will go to
20 950.
21        MR. McCLINTOCK: Okay. Any group willing
22 to go to a million or higher for the Bucktown assets?
23        MR. LIN: Jay for KJH. 1 million.
24        MR. McCLINTOCK: Okay. Any group willing
25 to go to 1.05 million or higher, so 1,050,000 or

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 62

1 higher for Bucktown?

2    MR. LEAHY: Matt, Leahy. I'll go to 1,050.

3    MR. McCLINTOCK: Okay. Any group willing

4 to go to 1.1 million or higher for Bucktown?

5    MR. LIN: Jay for KJH. 1.1 million.

6    MR. McCLINTOCK: Any group willing to go to

7 1.15 million or higher for Bucktown?

8    MR. LEAHY: Leahy. 1 point -- What's the

9 number, 1.15?

10    MR. McCLINTOCK: Correct. 1,150,000.

11    MR. LEAHY: Sure. That's okay.

12    MR. McCLINTOCK: Okay. Any group at

13 1.2 million or higher for Bucktown?

14    MR. LIN: Jay for KJH. 1.2 million.

15    MR. McCLINTOCK: Any group at 1.25 million

16 or higher for Bucktown?

17    MR. LEAHY: Hey, Matt. Can I get five

18 minutes?

19    MR. McCLINTOCK: Yes. Of course.

20    Brian, it is easy to do breakout rooms for

21 five minutes? I'm sorry.

22    THE ZOOM HOST: Yeah, I'll have to open

23 them. Everybody will go to their breakout rooms.

24    MR. McCLINTOCK: Yes, let's plan to do

25 that. Everyone can convene that way.

Page 63

1    THE ZOOM HOST: Okay.

2    MR. McCLINTOCK: Okay. See you all in

3 five.

4    (Off record from 1:26 p.m. to 1:32 p.m.)

5    MR. McCLINTOCK: All right. So it looks

6 like we've got a full house again. So we can go back

7 on the record.

8    The last bid that we were at to my

9 understanding was 1.2 million from the KJH Group.

10    Jay, can you confirm that?

11    MR. LIN: Yes, confirm 1.2 million. Thank

12 you.

13    MR. McCLINTOCK: Got it.

14    Is there anyone willing to go to

15 1.25 million or higher for the Bucktown assets?

16    MR. LEAHY: Matt, Leahy here. We'll go to

17 1.250.

18    MR. McCLINTOCK: Okay. Any group willing

19 to go to 1.3 million or higher for the Bucktown

20 assets?

21    MR. LIN: Yes, this is Jay for KJH.

22 1.3 million.

23    MR. McCLINTOCK: Anyone willing to go to

24 1.35 million or higher?

25    Going once. So we're at KJH at 1.3 as the

Page 64

1 high bidder for just the Bucktown assets. Anyone

2 willing to go to 1.35 million or higher?

3    MR. GASPAR: RG Capital will go 1.35.

4    MR. McCLINTOCK: Okay. And then any group

5 willing to go to 1.4 million or above for Bucktown

6 assets?

7    MR. LEAHY: Matt?

8    MR. McCLINTOCK: Yeah. I'm sorry. Anyone

9 willing to go to 1.4 million? We'll give it one more

10 shot. So 1.4 million or above, any group for the

11 Bucktown assets? If not, at the moment, 1.35 for RG

12 Capital is carrying the day.

13    (Pause.)

14    MR. McCLINTOCK: So hearing none, and with

15 no one asking for a break, unless anyone speaks up,

16 we'll say that RG Capital is the tentative high

17 bidder. Well, the high bidder at the moment for the

18 Bucktown asset.

19    And as I did before, Rafael, can you

20 confirm that RG Capital --

21    MR. LEAHY: Hey, Matt.

22    MR. McCLINTOCK: Yeah.

23    MR. LEAHY: 1.4.

24    MR. McCLINTOCK: Okay.

25    All right. We have Leahy. John Leahy,

Page 65

1 that was you; correct?

2    MR. LEAHY: Correct.

3    MR. McCLINTOCK: Okay. So John Leahy is at

4 1.4 million.

5    Is there anyone willing to go to

6 1.45 million or above for Bucktown?

7    MR. GASPAR: RG Capital will go to

8 1.45 million.

9    MR. McCLINTOCK: Anyone willing to go to

10 1.5 million or above for Bucktown?

11    Okay. Hearing none, at the moment we're at

12 1.45 million for RG Capital. And once again, anyone

13 is welcome to a break, but if I don't hear anyone

14 willing to step up to 1.5 million or above -- that's

15 the current high bid. Is anyone willing to go to 1.5

16 million or higher for Bucktown?

17    (Pause.)

18    MR. McCLINTOCK: Okay. Hearing no bids, no

19 request for a break, I guess we'll deem the high bid

20 for Bucktown to be RG Capital.

21    And just for the record, Rafael, do you

22 understand that even though you are the high bidder

23 for RG Capital, that may not carry the day unless all

24 the individual bids end up exceeding the high bid for

25 all assets that we received and, you know, that if

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 66

1 the individual bids do end up exceeding that high
2 bid, at that point you would be obligated to stand by
3 this bid of 1.45 million for the Bucktown assets?
4        MR. GASPAR: Yes. I understand.
5        MR. McCLINTOCK: Okay. All right. Sounds
6 good.
7        Does anyone need a break or do we want
8 to -- We've got everybody here. Do we want to move
9 right into River North, and then Aya, and see if we
10 can wrap this up?
11        MR. DUNLAY: I say keep it going.
12        MR. McCLINTOCK: Sounds great.
13        So let's go to, next we'll go to River
14 North. Let me quickly figure out who is bidding for
15 River North. So I believe it's actually the same
16 group of bidders that just bid on Bucktown.
17        And so same ground rules will apply. And
18 anyone, if I'm missing any group that didn't bid on
19 Bucktown that does want to bid for River North, can
20 you speak up now?
21        (Pause.)
22        MR. McCLINTOCK: Perfect. So I think
23 we're dealing with the same group of bidders. There
24 was only one individual bid for River North, again,
25 because most groups bid for more than one asset or

Page 67

1 really all assets, and that individual bid was
2 $200,000.
3        So for River North, we'll start there. Is
4 there any group that is willing to go to 250,000 for
5 River North?
6        MR. MOONESINGHE: Matthew, who has the high
7 bid at 200?
8        MR. McCLINTOCK: I'm sorry. It is the 4
9 Star Restaurant Group was the group that bid on River
10 North.
11        MR. DUNLAY: No.
12        MR. McCLINTOCK: Yes, there was no
13 individual bid for River North, so essentially any
14 bid can prevail. I'm sorry. The individual bid from
15 4 Star was actually for Aya, so we'll deal with that
16 next, but yes, there was no individual bid for River
17 North.
18        So I guess is there anyone willing to, you
19 know, make a bid for River North alone?
20        What was that?
21        MR. GASPAR: RG Capital, 50,000.
22        MR. McCLINTOCK: Okay. Anyone willing to
23 go to 100,000 or more for River North?
24        (Pause.)
25        MR. McCLINTOCK: So hearing none --

Page 68

1        MR. MOONESINGHE: InKind will go 250.
2        MR. McCLINTOCK: Okay. So InKind is at
3 250,000.
4        Any group willing to go to 300,000 or above
5 for River North?
6        MR. GASPAR: Yes, RG Capital will go up to
7 300.
8        MR. McCLINTOCK: Any group willing to
9 350,000 or above for River North? Currently, we have
10 RG Capital at 300,000.
11        Anyone willing to go to 350,000 or above
12 for River North?
13        MR. MOONESINGHE: Yes, InKind will go 350.
14        MR. McCLINTOCK: Anyone willing to go to
15 400,000 or above for River North?
16        MR. GASPAR: RG Capital, 400.
17        MR. McCLINTOCK: Okay. Any group willing
18 to go to 450,000 or above for River North?
19        Again, again, let me know if anyone needs a
20 break but I'm trying to go quickly.
21        So we're at 400,000 which is RG Capital.
22 Is there any group that's willing to go to 450,000 or
23 above for River North asset?
24        (Pause.)
25        MR. McCLINTOCK: So hearing none, and

Page 69

1 hearing --
2        MR. MOONESINGHE: Give us one second, Matt.
3 One second, please.
4        MR. McCLINTOCK: Okay.
5        MR. MOONESINGHE: Give us 30 seconds. We
6 don't need a breakout room. Just 30 seconds.
7        MR. McCLINTOCK: No problem.
8        (Pause.)
9        MR. MOONESINGHE: I think I will go for --
10 is 450 the next?
11        MR. McCLINTOCK: 450 is the next increment.
12        MR. MOONESINGHE: We'll go 450.
13        MR. McCLINTOCK: So InKind at 450. Can any
14 group go to 500,000 or above for River North?
15        MR. GASPAR: RG Capital will go to 500.
16        MR. McCLINTOCK: Any group to 550,000 or
17 above?
18        And let me know if people need a minute
19 off-line on mute. We're at RG Capital is the high
20 bidder at 500,000, and the question is does anyone
21 want to go to 550 or higher or need a break?
22        MR. MOONESINGHE: InKind will go to 550.
23        MR. McCLINTOCK: Okay. Any group willing
24 to go to 600 or higher for River North?
25        MR. GASPAR: RG Capital, 600.

*Reliable Court Reporting*

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 70

1     MR. McCLINTOCK:  And any group willing to
2  go to 650 or higher for River North?
3     So we're at 600 I believe at RG Capital.
4  Is anyone willing to go to 650 or higher?
5     MR. MOONESINGHE:  InKind will go to 650.
6     MR. McCLINTOCK:  InKind at 650.  So is any
7  group willing to go to 700,000 or higher for River
8  North?
9     And again let me know if folks need a
10  break, but the question is we're at 700,000.  Is
11  anyone willing to -- Well, the current bid is 650
12  with InKind.  Is anyone willing to go to 700,000 or
13  higher?
14     MR. GASPAR:  RG Capital, 700.
15     MR. McCLINTOCK:  Okay.  Anyone willing to
16  go to 750,000?
17     MR. MOONESINGHE:  InKind, 750.
18     MR. McCLINTOCK:  Okay.  800,000?
19     MR. GASPAR:  Matt, can we have a couple
20  minutes, please.
21     MR. McCLINTOCK:  Yes, I actually could use
22  a break, too.  Could we actually just go to breakout
23  rooms for like five minutes and come back?  Is that
24  fine?
25     MR. GASPAR:  Yeah, that works.

Page 71

1     MR. McCLINTOCK:  Okay.
2     THE ZOOM HOST:  All right.  One moment.
3     (Off record from 1:46 p.m. to 1:52 p.m.)
4     MS. SAWCZUK:  Everybody should be on mute
5  other than ... I think Matt stepped away from his
6  desk for a second, so he'll be back I'm sure.
7     Oop, there he is.
8     MR. McCLINTOCK:  Yes.  Sorry, guys.
9     So I think we were at 1.45 million which we
10  left off which was RG Capital; is that correct?
11     MS. SAWCZUK:  River North.  We were at
12  750,000, I think with InKind, right?
13     MR. McCLINTOCK:  Oh, I'm sorry.  Yeah, I'm
14  sorry.  I'm like losing my mind here.  Yes, we were
15  actually InKind.
16     So InKind, can you confirm that's where we
17  were at, 750,000 for River North, and it was InKind
18  at that number?
19     MR. MOONESINGHE:  Yeah, that's confirmed.
20     MR. McCLINTOCK:  Sorry.  And then is there
21  any, any bidder willing to go up to 800,000 or higher?
22     (Pause.)
23     MR. McCLINTOCK:  Hearing none, and since we
24  just took a break, I'll give it one more shot.  So
25  we're at 750, InKind.

Page 72

1     Any bidder willing to go to 800,000 or more
2  on River North?
3     Okay.  So hearing no other bidders, and
4  absent someone telling me they need a break, we will
5  name InKind as the high bidder for just River North
6  at $750,000.
7     And InKind, you understand that you may or
8  may not be able to acquire River North at that price,
9  depends on how these individual bids go and whether
10  the individual bids end up combining to be better
11  than the bid for everything; correct?
12     MR. MOONESINGHE:  Yeah, which is our bid as
13  well.
14     MR. McCLINTOCK:  Correct.  That's accurate.
15     Okay.  So that's it.  And I guess we may as
16  well just go into the bidding for Aya.  Unless anyone
17  tells me that they need a break.
18     So for Aya, this is where I messed up
19  before, but for Aya, there was one individual bid and
20  that was the 4 Star Restaurant Group at $200,000.  So
21  4 Star is currently the incumbent bidder at $200,000.
22  Same ground rules apply to this auction that we just
23  went through.
24     Is there any group willing to pay more than
25  $200,000 -- well, $250,000 or higher for Aya Bakery?

Page 73

1     MR. GASPAR:  RG Capital Group, 250.
2     MR. McCLINTOCK:  Okay.  Any group willing
3  to pay more than 300,000 for Aya Bakery?
4     MS. SAWCZUK:  300,000 or more.
5     MR. McCLINTOCK:  300,000 or more for Aya.
6     (Pause.)
7     MR. McCLINTOCK:  So hearing none, I'll
8  give it one more shot.  So we're at 250 which is RG
9  Capital Group.  Is there any group willing to go to
10  300,000 or more for the Aya Bakery location?
11     Okay.  So with that, we'll say that the
12  high bid for Aya Bakery is RG Capital Group at
13  $250,000.
14     So with that, I think we'll maybe take ten
15  minutes, kind of add up these bids and see where we
16  are at, and then come back and we'll decide, you
17  know, what the winning bid is, which at the moment
18  probably sounds like the bid for everything, but
19  let's take a moment, you know, see if anyone wants
20  to increase their bids, and if not, then we'll move
21  forward and get on with the week.
22     So everyone, thank you so much for the
23  patience doing this.  We really appreciate it.
24     Brian, if you can throw us in breakout
25  rooms.

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTION

Page 74

1    MR. MOONESINGHE: Sorry, Matthew. For
2 clarification, you said if we want to increase our
3 bids? Is there an opportunity to increase the bids?
4    MR. McCLINTOCK: Yes. I mean until we
5 declare a winner, you know, I'm happy to entertain
6 any increased bid from any group, but certainly the
7 groups that won the auction. I don't think we're
8 going to entertain bids from groups that didn't win
9 the individual auction, but if a group that won wants
10 to increase their bid, they're welcome to, but
11 otherwise, again, we're going to go into a breakout
12 room and consider the bids that we have which is, you
13 know, the individual bids and the bid for everything,
14 and we'll decide what we think is best for the
15 Estate, and we'll come back in ten minutes, so I
16 guess at 1:10 absent, absent further notice.
17    Brian, is there any way you can toss us
18 into breakout rooms?
19    THE ZOOM HOST: Yes, will do.
20    MR. McCLINTOCK: Thank you.
21    (Off record from 1:58 p.m. to 2:31 p.m.)
22    MR. McCLINTOCK: All right. So we're back
23 on the record here, auction of the Etta entities.
24    So after consulting with the Debtors'
25 Subchapter V Trustee, we have determined that the

Page 75

1 highest bid is the InKind bid for all assets at
2 4.05 million, so there won't be a sale of individual
3 assets.
4    So with that, I think we can close up
5 the auction unless there's particular questions that
6 anybody has.
7    (Pause.)
8    MR. McCLINTOCK: Okay. Hearing none, and,
9 Ira, just as counsel for InKind, can you confirm that
10 that is in fact the high bid and that InKind is
11 agreeable to moving forward with that bid at 4.05
12 million?
13    MR. KHARASCH: Yes, I'm confirming that
14 subject to anything my client might say, but that is
15 my understanding. We're onboard.
16    MR. McCLINTOCK: Okay. Thank you.
17    Everyone, thank you for participating.
18 Absent further questions or comments, let's get on
19 with the rest of the day, and thank you for your
20 patience with this.
21    MS. SAWCZUK: Matt, just a reminder that RG
22 Group is the backup bidder at 4 million.
23    MR. McCLINTOCK: Correct. At $4 million,
24 so if there is any issue with InKind closing, can we
25 turn to RG as the backup bidder?

Page 76

1    And Rafael, are you on to confirm that RG
2 Group is going to be the backup bidder at $4 million
3 in accordance with the bid procedures?
4    MR. GASPAR: Yes. Yes, we're confirmed.
5    MR. McCLINTOCK: Okay. All right. Thanks
6 very much, everyone. We appreciate it.
7    And I think with that, Mark, we can wrap
8 this up. And Brian and Brian, thank you so much for
9 the help running this today.
10    THE ZOOM HOST: No problem.
11    MR. McCLINTOCK: Have a great afternoon,
12 everyone.
13    (Zoom auction ends at 2:33 p.m.)
14
15    I hereby certify the foregoing is a true and
   accurate transcript from my stenographic notes in the
16 proceeding.
17
         /s/ Brian P. Gaffigan
18        Registered Merit Reporter
19
20
21
22
23
24
25

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTIONIndex: $1.1..450,000

**$**

**$1.1** 54:10
**$2** 32:14,22
**$200,000** 67:2 72:20,21,25
**$250,000** 72:25 73:13
**$3.8** 28:21
**$300,000** 43:24 45:12 46:16
**$4** 29:6 30:7 36:21 75:23 76:2
**$4.05** 30:5 37:23
**$400,000** 58:13,20
**$450,000** 58:22
**$50,000** 21:22
**$750,000** 72:6
**$900,000** 49:13

**(**

**(A)** 22:8 36:10
**(B)** 22:10 36:11

**1**

**1** 61:23 62:8
**1,050** 62:2
**1,050,000** 61:25
**1,150,000** 62:10
**1.05** 50:16 61:25
**1.1** 50:21,23 51:6,16 52:3 62:4,5
**1.15** 50:25 51:7 62:7,9
**1.2** 62:13,14 63:9,11
**1.25** 62:15 63:15
**1.250** 63:17
**1.3** 63:19,22,25
**1.35** 63:24 64:2,3,11
**1.4** 64:5,9,10,23 65:4
**1.45** 65:6,8,12 66:3 71:9
**1.5** 65:10,14,15

**10** 18:10
**100,000** 22:1 67:23
**10:45** 27:23
**11:04** 5:4
**11:21** 20:3
**11:27** 20:3
**11:30** 35:15 36:1 38:10 39:6 40:21
**11:37** 28:2
**11:50** 28:2
**12:07** 40:23
**12:30** 38:10 39:7 40:21
**12:47** 40:23
**15** 18:10
**1840** 59:19,20 60:7
**1:05** 53:9
**1:06** 53:23
**1:10** 74:16
**1:13** 53:23
**1:26** 63:4
**1:32** 63:4
**1:46** 71:3
**1:52** 71:3
**1:58** 74:21

**2**

**2.1** 32:15,16
**200** 67:7
**200,000** 22:1
**24-10063** 5:20
**25** 39:6
**250** 68:1 73:1,8
**250,000** 45:2,3,18,19 67:4 68:3
**2:31** 74:21
**2:33** 76:13

**3**

**3,550,000** 26:3

**3.05** 45:13
**3.1** 21:13 23:10
**3.15** 22:3 23:13,17,19 24:7
**3.2** 23:21,23 24:1,8,10,12
**3.25** 23:25 24:3,5,14,23 25:1
**3.3** 25:3,5
**3.35** 25:6,12
**3.4** 25:13,15
**3.45** 25:18
**3.5** 25:17,18,19,22,24 45:1,19
**3.55** 25:21,22 26:3,5
**3.6** 26:6
**3.65** 26:7
**3.7** 26:8,14,15,18
**3.75** 26:21,22,23
**3.8** 26:25 27:1,7 28:23
**3.85** 27:3 29:1
**30** 49:25 69:5,6
**300** 68:7
**300,000** 43:22 46:4,8,14 68:4,10 73:3, 4,5,10
**350** 46:24 68:13
**350,000** 45:14 46:5,21 68:9,11

**4**

**4** 8:25 11:25 29:4 55:24 58:19 60:13, 20 61:4 67:8,15 72:20,21 75:22
**4,050,000** 29:7 40:17
**4.05** 29:7,9,18,23 30:14 36:10,16,24 40:16 44:24 75:2,11
**4.1** 29:11,17
**400** 47:2 68:16
**400,000** 47:7,9 57:15 68:15,21
**42** 27:17
**450** 47:10,13 58:25 59:2 69:10,11,12, 13
**450,000** 47:10 68:18,22

IN RE: ETTA SCOTTSDALE, LLC, et al.

**5**

**50** 50:16

**50,000** 21:24 44:3 45:2,20 50:19 57:22,24 67:21

**500** 60:9,10 69:15

**500,000** 47:15,18 59:3 60:11 69:14,20

**550** 47:20,22 60:11,14 69:21,22

**550,000** 69:16

**6**

**600** 60:16,17 69:24,25 70:3

**600,000** 47:24 48:1

**650** 48:5 60:19,20 70:2,4,5,6,11

**650,000** 48:3

**7**

**700** 61:1 70:14

**700,000** 48:7,9,14 60:24 70:7,10,12

**750** 48:11,20,21 61:3,5 70:17 71:25

**750,000** 48:11,17 70:16 71:12,17

**8**

**800,000** 48:22,25 61:7,8 70:18 71:21 72:1

**850** 49:2,3 61:10,11,12

**850,000** 61:10

**9**

**900,000** 49:15,24 50:7 61:14,16

**950** 50:10 61:20

**950,000** 49:17,20 61:18

**A**

**a.m.** 5:5 20:3 28:2

**Aaron** 8:1 16:24,25 17:15,21

**absent** 52:7 72:4 74:16 75:18

**absolutely** 32:3

**accommodate** 23:1

**accordance** 76:3

**account** 32:12

**accurate** 72:14 76:15

**acquire** 54:15,16 72:8

**acquires** 55:14

**acquiring** 49:7

**actual** 6:13

**add** 30:14 36:24 73:15

**added** 20:12 49:7

**adding** 20:8,10

**adjacent** 59:22

**affirm** 10:21,23 11:4

**afternoon** 76:11

**agent** 15:24

**aggregate** 36:24

**agree** 13:19

**agreeable** 75:11

**agreed** 13:22

**agreements** 16:19

**allocate** 13:8 38:9 45:24

**allocated** 12:9

**allocation** 38:14,17 39:18,20 44:23 45:1

**allocations** 45:4,17

**allowed** 13:15

**amount** 58:2

**and/or** 54:14 55:15

**Andy** 7:20 21:3

**announce** 14:16 35:24

**anticipate** 7:14

**APA** 13:17,20,21 38:18 42:6,11,19 56:9,17,23

**APAS** 20:18 30:16,19 31:16 35:13 42:9 43:14

**appearances** 6:11

**apply** 66:17 72:22

**approval** 59:9

**Arizona** 16:1

**asset** 13:12 30:24 31:19 35:13 42:13, 24 56:20 57:12,15 58:22 59:10 60:25 61:18 64:18 66:25 68:23

**assets** 5:25 12:17,18,19,20 13:7,10, 14,15,16,18,21 14:18,22 15:8 20:19 21:12 30:4,11,20,22 31:5,8,11,14,19 32:1,25 33:21 34:5,8 37:23 39:11,14 40:5 42:10,12 43:19 45:6,8 51:21,22, 24 56:10,14,18 57:9 59:16,17,18 60:1, 4,6,12,16,19 61:10,15,22 63:15,20 64:1,6,11 65:25 66:3 67:1 75:1,3

**assign** 16:15

**assigning** 59:11

**assignment** 16:6,11,18

**assistance** 15:10

**assume** 34:19 43:4 55:2

**assumed** 11:2

**assuming** 59:11

**assumption** 16:5,18 33:16

**attend** 6:14

**attorney** 9:15,20 10:5

**attorneys** 19:22

**auction** 5:4,24 6:15 10:24 12:7,16,21, 23 13:3 14:3,4 17:2,8 18:2,16,18,22 19:5 21:15,23 33:3 37:21 38:3,22 39:8 44:1 52:10 54:3,4,6 56:11,12,23 72:22 74:7,9,23 75:5 76:13

**auctions** 13:25 14:7,10 17:4 19:8 22:19 37:25 52:16,17

**audio** 10:3

**authorized** 18:23

**Avenue** 59:19 60:7

**Awesome** 10:16 19:14 37:19 53:7

**Aya** 34:20 35:7 39:17 45:2,20 52:1 66:9 67:15 72:16,18,19,25 73:3,5,10, 12

**B**

**back** 13:2 15:3 18:7 19:18 28:4 37:12, 18 38:9,13 40:12,20,24 53:16,17,22 54:1 63:6 70:23 71:6 73:16 74:15,22

IN RE: ETTA SCOTTSDALE, LLC, et al.

**background** 6:4

**backup** 13:6,13 14:15 30:6 36:20,22 38:17 75:22,25 76:2

**Bakery** 72:25 73:3,10,12

**Bank** 9:6,25 10:6,7

**Bankruptcy** 5:22 59:9

**based** 36:16 56:2

**basic** 13:17

**basically** 22:2 30:18 31:16

**basis** 46:3

**begin** 6:10 12:9

**beginning** 5:4

**behalf** 6:17 9:15,21,25 22:4 29:21 58:5

**believed** 5:10

**benefit** 32:9

**Bernard** 7:13 40:13

**bid** 10:23 13:20 14:6,14 21:11,12,14 22:7 23:10 24:8 25:24 26:3,16 27:7 29:23,25 30:11,21,25 31:1,4,7,11,13 32:9,10,11,12,17,21,22,25 33:21 34:5,23 35:2 36:9,11,12,14,15,20,22,25 38:4,9,17,23 39:24 40:15 43:16,19,21,23 44:3,4 45:6,10 46:2,3,13,19,24 47:7,18 48:1,9,25 49:5,6 50:5 51:2,15,23 52:2,15 53:5 54:12,20,21,25 55:2,9,22,25 56:5,14 57:8,10,12,13,14,16,23 58:3,20 63:8 65:15,19,24 66:2,3,16,18,19,24,25 67:1,7,9,13,14,16,19 70:11 72:11,12,19 73:12,17,18 74:6,10,13 75:1,10,11 76:3

**bidder** 13:6,13,14 14:15,25 15:1 16:7 22:9 23:12 24:13 25:2,13,21 27:8 28:20 29:6,19 30:4,6 31:6 37:22 38:1 42:18 43:17,21 46:17 47:9 48:16,22 49:1,24 50:11 51:11,12,24 54:5,8,13 56:19 57:9 61:14 64:1,17 65:22 69:20 71:21 72:1,5,21 75:22,25 76:2

**bidders** 6:13 10:20 12:4 13:7,10 14:13 15:7 16:15 24:17,20 40:21 42:16 46:8,11,12,13,21 66:16,23 72:3

**bidding** 7:1 9:4 12:17,24 13:16,19 14:1,2,5,7,9,23 17:1,5,16 22:13 24:20 28:9 29:21 31:12,25 38:2,11 39:5 40:7 41:2 42:10,17 43:15 44:16 46:19 51:21 55:8 57:25 58:4,5 59:16,18 66:14 72:16

**bids** 12:17,18 13:11,15,23 14:15 20:18 30:10,12,13 31:25 32:18 36:13,23 40:3 45:8 46:16 51:13,14,25 54:19 57:18 58:13 59:25 60:3 65:18,24 66:1 72:9,10 73:15,20 74:3,8,12,13

**Bill** 8:14,16,18

**bit** 22:19 31:20 35:14 38:8

**blank** 31:18

**bought** 33:10

**Brad** 7:14

**breach** 16:9

**break** 12:25 14:12 17:10 19:1 22:22 28:25 29:16,22 30:16 31:21 35:16 40:2 44:12 49:19 51:5 56:12 58:7 64:15 65:13,19 66:7 68:20 69:21 70:10,22 71:24 72:4,17

**breakout** 12:9 13:1 14:8 15:6,9,11,14 16:23 17:6,11 18:1,7 19:17 27:4,16 39:1,3,4 40:11 44:14 52:8,13,24 53:12,17,22 62:20,23 69:6 70:22 73:24 74:11,18

**breakouts** 14:8

**breaks** 58:6

**Brian** 5:16 10:9 12:14 15:13 18:13 19:16 20:11 27:9,16 28:3 35:16 36:6 37:2,20 40:18,25 52:24 53:3,7,20,24 62:20 73:24 74:17 76:8,17

**Brians** 15:13

**bridge** 16:20 33:18

**bring** 13:25 14:16 35:23 36:4 37:11, 14 40:5

**Brown** 9:20 15:18,23

**Bucktown** 14:21 31:24 32:17,18,19 33:8,10,11 34:16 35:7 37:7 39:9,16 45:3,19 52:1,10 53:5 54:4,6,12,14,21, 25 55:15,22 56:1,5,15,20 57:14 58:13, 22 59:2,4,6,12,15,17,21 60:1,5,6,12, 16,19,25 61:3,7,10,15,18,22 62:1,4,7, 13,16 63:15,19 64:1,5,11,18 65:6,10, 16,20 66:3,16,19

**button** 15:12

**buy** 33:8 52:1

**buyer** 32:19 45:24,25

**buyers** 33:16 38:7 42:15

**C**

**call** 6:12,18 10:14,20 15:7 24:14

**Capital** 8:9,11 11:20 20:20,22 21:13 22:12 23:11,22 24:4,9,11,21 25:4,15 26:5,7,23 27:5 28:13 29:3,5,24 30:6 33:20 36:19 41:17 42:8 43:8 44:9 46:18 54:24 64:3,12,16,20 65:7,12,20, 23 67:21 68:6,10,16,21 69:15,19,25 70:3,14 71:10 73:1,9,12

**Card** 11:12

**Cards** 7:17 41:8 55:5

**care** 18:5

**carry** 65:23

**carrying** 64:12

**case** 5:19,20 14:11 32:25 33:7 40:9 52:22 55:12 57:13

**center** 15:25

**Central** 38:10 39:6 40:21

**certify** 76:15

**Chang** 7:5 57:3

**change** 13:23 21:18,22 22:16 39:19

**Chicago** 55:17

**choose** 21:25 22:1

**circulate** 13:17 35:12

**circulated** 42:9,20

**clarification** 14:18 74:2

**clarity** 39:12

**clear** 58:3 59:13

**client** 75:14

**close** 75:4

**closing** 75:24

**Club** 19:11 41:21

**Cole** 9:14

**colleagues** 44:13

**Collins** 18:3 40:19

**collusion** 10:22 11:5,11

**combination** 14:14

**combining** 72:10

**combo** 51:14,25

**comment** 16:14

**comments** 16:13 75:18

**commit** 13:14

**communicate** 35:17

**complete** 11:1

**completed** 14:10

**Concept** 41:11

**Concepts** 7:24 8:2 11:15 40:6 47:7, 18 48:1,9,25 49:15 50:14,23

**concludes** 9:4

**conduct** 5:24 12:16 14:4 37:24

**confirm** 11:4,5 20:12,20 24:9 25:25 26:15 28:8,10,11,13,16,17,19,23 29:21 30:9,21 36:3,10,21 42:16,22 43:2,4,9 49:5 50:6 51:4,17,20,22 54:23 55:6 56:16,19 57:2 63:10,11 64:20 71:16 75:9 76:1

**confirmation** 11:11 42:14

**confirmed** 11:10 26:1,17 43:6,10 50:9 51:18 52:4 71:19 76:4

**confirming** 24:11 75:13

**conflicting** 6:23

**consent** 16:16

**constitutes** 51:14

**consulting** 74:24

**contact** 12:14 15:1,15

**contacted** 14:19

**content** 31:5

**contingency** 59:8

**contingent** 31:1 32:1,18 49:7 52:16 55:3,9

**contract** 15:2 45:25 56:2,15,16 59:8

**contracts** 11:2 56:13

**convene** 14:14 40:20 44:13 62:25

**Cool** 37:9

**correct** 18:16 24:8,19,24 29:24 33:1,6 42:25 46:11,15 52:3 55:19 62:10 65:1, 2 71:10 72:11,14 75:23

**counsel** 5:9,14 7:22 8:6 15:11 75:9

**couple** 38:7 52:14 54:7 57:19 70:19

**Court** 5:21,22 8:17,20 10:2,12 43:11 51:19 59:10

**cross** 16:20 33:18

**cumulative** 30:13

**current** 24:8 29:23 50:4 65:15 70:11

## D

**D-E-I-D-R-E** 10:10

**D-E-I-R-D-R-E** 10:11

**Dan** 5:11 19:20,22,25

**David** 5:15

**day** 64:12 65:23 75:19

**deal** 67:15

**dealing** 66:23

**Debtor** 5:15,25 16:15 38:15 52:25 59:8,19 60:7

**debtors** 5:10,14 6:17 14:13 21:12

**debtors'** 14:22 15:11 16:5 19:22 74:24

**decide** 32:20,21 73:16 74:14

**decided** 46:18 54:3

**declare** 74:5

**deem** 49:23 51:11,15 65:19

**deemed** 30:4

**Deirdre** 9:24 10:5,9

**Delaware** 5:22

**delve** 23:7 58:12

**dependent** 33:1

**depends** 33:3 72:9

**designated** 22:9

**desire** 13:11 31:4

**desiring** 49:6

**desk** 71:6

**determine** 14:14

**determined** 14:11 74:25

**determining** 51:13

**diligence** 59:24

**discretion** 13:9

**discuss** 12:25 15:10

**discussion** 6:5

**District** 5:21,22

**Dosch** 8:1 11:16 41:12 44:21,23 45:10 46:6,8 47:3,6,17,25 48:8,24 49:14 50:9,13,22 51:18 52:4,15

**Doug** 9:2 60:13,21,22 61:4

**drafted** 30:17

**drive** 45:5,23

**drop** 18:13

**dumped** 18:15

**Dunlay** 9:2 12:1 56:3 60:13,20,22 61:4 66:11 67:11

## E

**earlier** 12:5,10

**Eastern** 38:10 39:7 40:21

**easy** 14:19 15:2 62:20

**Elliott** 9:25

**email** 21:10 38:13 42:14 43:9 57:3 59:14

**encompass** 60:4

**end** 18:17 33:4 36:13 65:24 66:1 72:10

**ended** 37:22

**ends** 76:13

**enter** 6:10 15:14 42:18 56:22

**entered** 42:12,21 56:24 59:9

**entering** 59:10

**Enterprises** 8:4

**entertain** 8:4 11:17 40:7 41:14 42:5 46:24 47:13,22 48:4 74:5,8

**Entertainment** 8:7

**entire** 60:1,3

**entities** 34:16 38:18 40:4 74:23

**entity** 58:4,5 59:18

**Erin** 9:19 15:17,22 16:14

**essentially** 30:10 31:18 39:10 60:4

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTIONIndex: Estate..Honorable

67:13

**Estate** 51:13 74:15

**Estate's** 38:24

**et al** 5:20

**Ethan** 8:7 46:23 47:12,21 48:4

**Etta** 5:19 16:1,2,6,7,9,16 54:13,16
55:3,9 56:1,6 59:17 60:6 74:23

**Evan** 8:1 47:6,17,25 48:8,24 49:14
50:13,22 51:2

**event** 17:24 36:23

**everybody's** 32:9

**exact** 27:20 30:19 31:16

**exceeding** 65:24 66:1

**Excuse** 37:3

**expect** 17:13

**expedite** 22:18

**extent** 16:7 17:11 42:17 51:20

———————————

**F**

**fact** 75:10

**familiar** 59:23

**faster** 38:5

**feel** 49:18

**figure** 33:14 66:14

**final** 13:8 38:23 39:20 40:14

**financial** 10:25 11:6

**find** 15:15

**fine** 19:7 22:24 27:13 36:5 42:7 50:2
58:8 70:24

**Five-ten** 27:10

**fixed** 6:8

**flowing** 39:23

**folks** 30:18,20 36:3 52:9 70:9

**foregoing** 76:15

**forever** 40:10

**form** 13:20 30:19,23 31:16 42:19
56:24

**forming** 17:16

**forward** 51:21 73:21 75:11

**Fox** 7:23 8:2 11:15 40:6 41:10 42:5
46:13 47:6,8,17,25 48:8,14,24 49:14,
23 50:6,7,13,22 51:6,16,17,22 52:2
54:9,16 55:16

**Fox's** 54:12

**frankly** 43:17

**free** 49:18

**front** 5:23

**Frost** 9:20 15:18,23

**full** 63:6

———————————

**G**

**Gaffigan** 76:17

**Gaspar** 8:11 11:21 20:22 22:12 23:22
24:1,3,11 25:4,15,22 26:5,7,23 27:4,
10,14 28:14 29:3,24 33:22 34:2 36:25
38:19,25 41:18 43:10 44:9 45:16,21
55:1,4 64:3 65:7 66:4 67:21 68:6,16
69:15,25 70:14,19,25 73:1 76:4

**generally** 12:7 42:11,12

**Georg** 5:16 53:11

**give** 27:24 38:8 49:25 64:9 69:2,5
71:24 73:8

**Goldstein** 5:9,12,13

**good** 5:6 10:16 19:24 20:17 23:2
26:12 40:22 41:25 53:6 60:2 66:6

**great** 7:16 58:11 66:12 76:11

**greater** 57:22

**Greenleaf** 9:25

**ground** 23:5 43:25 44:17 57:19 66:17
72:22

**group** 5:17 7:6,9,11,15 8:9,12 9:1,17
11:25 12:8,12,24 14:2 19:21 21:13,25
22:5,6,9,11,13,18 23:11,20 24:21
25:4,8 27:20 29:1,3,6,11 30:25 33:20
34:23 41:5,17 44:6,8,11 46:4 47:9,15,
19,23 48:2,6,10,14 49:12,16,19,20
50:7,15,20,24 51:7,16 54:9,24 55:25
58:1,2,8,17,19,21 59:3 60:24 61:2,6,9,
17,21,24 62:3,6,12,15 63:9,18 64:4,10
66:16,18,23 67:4,9 68:4,8,17,22
69:14,16,23 70:1,7 72:20,24 73:1,2,9,
12 74:6,9 75:22 76:2

**groups** 7:1 9:4 12:17,18,19,24 14:7
17:11 20:17 27:19 30:10,11 42:4
43:14,18 49:10,24 54:20 66:25 74:7,8

**guess** 33:13 65:19 67:18 72:15 74:16

**guys** 21:5 26:9,19 71:8

———————————

**H**

**half** 38:22

**hand** 22:25

**Hang** 26:9

**happening** 17:12

**happy** 74:5

**hard** 55:10

**Harris** 7:20 11:13

**he'll** 71:6

**hear** 65:13

**heard** 29:16 57:20

**hearing** 5:4 6:23,24 23:9 44:19 46:1
48:13 49:22 51:10 64:14 65:11,18
67:25 68:25 69:1 71:23 72:3 73:7 75:8

**held** 5:4

**helpful** 17:15

**Henry** 7:13 11:10 17:24 18:9 40:14
41:6

**hey** 20:4 21:1 44:21 46:6 52:15 53:10,
11 58:23 62:17 64:21

**high** 13:13 25:23 27:7,8 28:20 29:6,23
30:4 31:6 36:9,11,12,14,15,20 37:22
47:9 49:24 51:11,12,15 52:2 54:8
56:19 64:1,16,17 65:15,19,22,24 66:1
67:6 69:19 72:5 73:12 75:10

**higher** 21:25 22:3 23:13,21 24:14
25:3 46:17,21 47:2,10,15,20,24 48:3,
7,11,17,23 49:13,21 51:2,8 57:18
58:13 61:22,25 62:1,4,7,13,16 63:15,
19,24 64:2 65:16 69:21,24 70:2,4,7,13
71:21 72:25

**highest** 13:5 14:5,11 21:11 23:10
32:21 45:7,10 46:3 51:14 57:10,12,13
75:1

**hold** 40:10

**Honorable** 5:23

IN RE: ETTA SCOTTSDALE, LLC, et al.

, AUCTIONIndex: hoping..Lettuce

**hoping** 22:18

**Hospitality** 7:2 11:3 24:21 34:23 42:8
56:5

**HOST** 18:4,12,17,25 19:19,24 20:1,14
27:18,21,25 28:5 37:11,17 40:22 53:6,
8,15,21 54:1 62:22 63:1 71:2 74:19
76:10

**hour** 38:22

**house** 63:6

**Howard** 7:8

_____

**I**

**i.e.** 51:25

**ice** 14:19,20,21,23 15:2,3

**Ice's** 15:2

**idea** 38:23

**identified** 13:5

**identifies** 22:11

**identify** 6:6,7,20 7:2,11,17,24 8:5,10,
22 9:1,6,10 14:25 19:20

**immediately** 18:15

**include** 54:13 59:7

**included** 14:24

**includes** 16:8 59:11

**including** 59:6

**increase** 57:23 73:20 74:2,3,10

**increased** 44:6 57:24 74:6

**increment** 21:21 69:11

**increments** 44:3 57:23

**incumbent** 57:16 72:21

**individual** 13:11,12,16,18,21,25 14:1,
6,10,13 15:6 22:19 30:11,13,20,22,24
31:5,8,11,14 32:1,25 33:4,17,21 34:5,
24 35:13 36:13,23 37:24 38:2,3,11
39:11,13 40:3 42:6,9 43:17,19,23 45:7
46:3,19 51:21,22 56:13,15,21 57:9,12
65:24 66:1,24 67:1,13,14,16 72:9,10,
19 74:9,13 75:2

**individually** 46:20 56:14 58:13

**individuals** 36:17 37:4

**informed** 17:20

**inherently** 52:18

**Inkind** 7:17 11:12 21:2 23:16,18 24:7,
21,22,25 25:10,11,16,24,25 26:6,8,14,
15 27:1,7 28:18,20 29:8,18 30:3 31:3,
4 32:24 33:24 36:9,10 37:22 38:8,12
39:19 41:7 42:9 43:1 45:1 46:18
48:19,21 49:3,5,6 50:10,18 51:1 55:5,
14 68:1,2,13 69:13,22 70:5,6,12,17
71:12,15,16,17,25 72:5,7 75:1,9,10,24

**intending** 33:21 34:5,23 35:2

**intent** 54:25

**interest** 46:19

**interested** 6:13 31:12 34:9 35:3 38:1
41:2

**interference** 6:5

**internally** 50:1

**Investment** 7:11 40:6 41:5

**invited** 6:14 14:3

**involved** 12:24

**IP** 31:2 32:2,6,11,15,16,18,22 33:1,5,
8,13,25 34:17,19 35:7 49:7 54:13,15
55:3,9,14,22 56:1,6

**Ira** 7:21 43:3 75:9

**issue** 16:21 19:8 32:6,23 43:20 75:24

_____

**J**

**Jami** 6:21

**Jay** 7:4 21:9 28:15 35:2 60:2,8,17
61:1,8,16,23 62:5,14 63:10,21

**Jeffrey** 5:11 19:20

**Jill** 9:13

**Jillian** 9:10,14

**job** 58:11

**Johann** 7:19 21:3 24:15 25:9,16

**John** 8:21,23 11:23 20:24 23:14
24:18,19 28:8 34:4 55:21 59:1 61:13
64:25 65:3

**joined** 18:1

**joining** 7:14 18:9

_____

**K**

**Karen** 5:23

**Ken** 8:6

**Kharasch** 7:21 43:6 75:13

**Kim** 8:2

**kind** 12:4 13:2 17:18 21:14 31:20
35:13 38:22 39:23 46:2 52:9 56:13
57:16 73:15

**KJH** 7:1,4 11:3 21:6,8 24:21 28:15
34:22 42:8,22,23 56:4,8 60:8,10,17
61:1,8,16,23 62:5,14 63:9,21,25

**Kudan** 5:17

**Kyu** 7:5 28:16 57:3

_____

**L**

**laid** 21:10

**landlord** 9:18 16:17 41:20

**Landlord's** 16:13

**largely** 52:11

**Laskov** 5:16

**lead** 24:25 26:15 48:14

**leading** 21:14 29:18 38:22

**Leahy** 8:21,23 11:23,24 20:24,25
23:14 28:8,11 34:5,6,10,14,18,21
37:3,9 55:21,23 58:23,25 59:1 61:11,
12,13,19 62:2,8,11,17 63:16 64:7,21,
23,25 65:2,3

**lease** 16:6,8,9,16,18 59:6,11,20,22

**leases** 16:1,10

**Leezie** 8:2

**left** 71:10

**Legacy** 9:21 15:23

**legal** 43:4

**lenders** 9:23

**Lending** 19:10 41:20

**Lendingclub** 9:22,25 10:6

**Lettuce** 8:4,7,8 11:17 40:6 41:13 42:5
46:13,23 47:12,21 48:4

_Reliable Court Reporting_

IN RE: ETTA SCOTTSDALE, LLC, et al.

**level** 22:8

**license** 59:21

**limit** 17:4

**Lin** 7:4 11:7 21:8 28:17 34:25 35:3,9 56:7 57:2 59:5 60:8,17 61:1,8,16,23 62:5,14 63:11,21

**lineup** 37:3,5 52:9

**liquor** 59:20

**list** 6:18

**listed** 18:6

**listen** 6:14 17:2

**listener** 17:17

**LLC** 5:20 7:11,24 8:10 9:20,21 15:24 16:1 59:17 60:6

**located** 14:20

**location** 14:1,2,4 33:18 35:6 42:7 48:15,18 52:3 54:9,17,21 56:25 59:12, 15,22 60:5 73:10

**locations** 13:9 14:23 15:1 34:1 56:21

**locked** 30:12 39:22

**long** 18:5 27:9

**longer** 17:13 29:25

**looked** 30:19

**losing** 71:14

**lovely** 15:13

**lowest** 38:3 45:7 57:8

---

**M**

**machine** 14:19

**machines** 14:20,21,23 15:4

**main** 12:21 14:3,16 17:2 18:2,15,18 19:5 35:24 40:20 44:1 53:16 56:12

**major** 32:5

**make** 12:11,25 13:11 22:8 41:1 49:6 52:25 67:19

**making** 16:14

**Manager** 15:14

**managing** 15:24

**Marco** 8:13

**Maria** 5:8 15:17 19:2 35:20,21 42:24 46:11 52:20

**Mark** 76:7

**materially** 56:17

**Matt** 5:10 12:10 20:25 23:14 26:11 29:24 33:3 34:6 35:18 38:19 39:12 42:1 44:21 45:16 46:6 47:3 48:24 52:15 53:10 55:10 58:2,23 61:11,19 62:2,17 63:16 64:7,21 69:2 70:19 71:5 75:21

**matter** 56:20

**Matthew** 50:5 67:6 74:1

**Mcclintock** 5:9,11,12,13 8:16 9:12 10:9 17:3 19:6 20:4,9,16,23 21:1,5,9 23:9,15,18,24 24:2,4,13,19,24 25:7, 11,18,20,23 26:2,9,12,19,24 27:2,6, 12,15,20,23 28:1,3,6,12,15,18,24 29:5,10,14 30:1 31:9,15 32:4,7 33:6, 15,23 34:4,7,12,15,19,22 35:1,5,10,19 36:1,5,18 37:1,6,10,13,19 38:21 39:2, 15,21 40:8,16 42:2 43:1,8,13 44:19, 22,25 45:12,18,22 46:7,10,15 47:1,4, 8,14,19,23 48:2,6,10,13,21 49:1,4,9, 16 50:2,6,11,15,20,24 51:3,10 52:5, 18,22 53:7,19,24 54:2 55:2,5,8,13,19, 24 56:4,8 57:4,11 58:16,24 59:1,7 60:10,15,18,21,23 61:2,6,9,12,17,21, 24 62:3,6,10,12,15,19,24 63:2,5,13, 18,23 64:4,8,14,22,24 65:3,9,18 66:5, 12,22 67:8,12,22,25 68:2,8,14,17,25 69:4,7,11,13,16,23 70:1,6,15,18,21 71:1,8,13,20,23 72:14 73:2,5,7 74:4, 20,22 75:8,16,23 76:5,11

**meeting** 17:25

**mention** 41:22

**mentioned** 15:22 20:15 59:14

**Merit** 76:18

**messed** 72:18

**microphones** 6:3

**million** 21:13 22:3 23:10,13,21 24:8, 10,14 25:1,3,5,12,13,15,21 26:3,15 27:3 28:21,23 29:1,4,6,7,9,11,17,18, 23 30:5,7,14 32:14,22 36:10,21,24 37:23 40:16 44:24 45:2,19 50:12,14, 16,19,21,25 51:6,8,16 52:3 54:10 61:22,23,25 62:4,5,7,13,14,15 63:9, 11,15,19,22,24 64:2,5,9,10 65:4,6,8, 10,12,14,16 66:3 71:9 75:2,12,22,23 76:2

**mind** 71:14

**minimum** 21:21,23 43:16 44:3 45:5 46:2

**minute** 27:24 44:12 69:18

**minutes** 18:10 22:23 27:10,11,16 39:6 52:9,14,24 53:2 62:18,21 70:20, 23 73:15 74:15

**missing** 66:18

**moment** 18:25 19:19 20:2 21:23 27:22 31:17 53:13 57:22 64:11,17 65:11 71:2 73:17,19

**monitor** 19:5,7,11

**Moonesighe** 7:19

**Moonesinghe** 21:3 23:16 24:15,16, 22 25:6,9,16,19 26:1,6,8,17 27:1 28:22 29:8 31:7,13 32:3,5 33:2,9 36:15 39:12,18,25 41:9 43:3 48:19 49:3,8,25 50:4,10,18 51:1 55:7,10,16 67:6 68:1,13 69:2,5,9,12,22 70:5,17 71:19 72:12 74:1

**morning** 5:7

**Morrie** 8:1 16:24 17:3

**move** 19:17 38:5 40:19 53:3 66:8 73:20

**moved** 12:20

**moving** 75:11

**multiple** 32:6

**mute** 6:3 9:12 23:3 44:15 58:9 69:19 71:4

---

**N**

**N-I-M-E-R-O-F-F** 6:22

**names** 6:9

**narrowed** 42:12

**Narsuitus** 9:8

**Natinsky** 7:8

**necessarily** 37:6 45:23

**needed** 21:22

**Nimeroff** 6:21

**noise** 6:4

**North** 14:21 34:16 35:8 39:16 45:2,20 54:12,14 55:11,15 56:20 59:19 60:7

IN RE: ETTA SCOTTSDALE, LLC, et al.

66:9,14,15,19,24 67:3,5,10,13,17,19, 23 68:5,9,12,15,18,23 69:14,24 70:2,8 71:11,17 72:2,5,8

**note** 5:3 15:19 16:3 54:11

**notes** 76:15

**notice** 74:16

**number** 40:15 62:9 71:18

## O

**object** 16:11

**obligated** 66:2

**observe** 52:17

**observer** 54:5

**observers** 41:20

**observing** 9:5

**off-line** 69:19

**offered** 48:15

**official** 6:5

**onboard** 75:15

**Oop** 71:7

**open** 12:23 14:6 54:4 62:22

**opening** 21:11 46:2

**operate** 16:2

**operational** 60:5

**opportunity** 74:3

**opposed** 31:19

**option** 33:16

**order** 13:15 39:13 59:9,10

**organization** 10:24 41:23

**outcome** 52:16

**Owens** 5:23

**owned** 59:17,19 60:6,7

**owner** 15:25

**owns** 14:20 59:20

## P

**p.m.** 40:23 53:9,23 63:4 71:3 74:21 76:13

**Pachulski** 7:21

**package** 60:1,3

**Parker** 7:14 18:9

**part** 33:25

**participate** 13:16,19

**participating** 75:17

**parties** 6:12,14 9:5 15:6 35:19 39:5 44:2

**partner** 5:10 57:3

**party** 6:19 10:22 15:16 32:8

**patience** 37:20 73:23 75:20

**Pause** 10:15 23:8 29:13 41:24 44:18 48:12 50:3 51:9 58:15 64:13 65:17 66:21 67:24 68:24 69:8 71:22 73:6 75:7

**pay** 32:14,15 72:24 73:3

**peace** 40:10

**Pending** 5:20

**people** 12:11 17:5,9,10,14 18:13 21:20 22:15 32:6,8,9 35:13 38:4 40:19 41:2 42:3 57:14,18 69:18

**perfect** 21:5 28:1,6 40:8 43:14 54:2 58:16 60:8,23 66:22

**perform** 11:1

**person** 13:18 22:8,10 33:12

**persons** 20:15

**perspective** 38:24

**pieces** 34:24

**Pisor** 5:16

**pivot** 39:9

**placing** 18:5,7

**plan** 35:15 36:2 37:25 40:11 62:24

**planning** 37:24 55:21,25 56:5

**point** 36:21 39:20 62:8 66:2

**pop** 6:24

**pops** 18:21

**Porter** 15:25 16:6,8,10

**potential** 36:22

**potentially** 55:21,25

**preliminary** 13:6,13

**present** 6:13

**Press** 15:12

**pretty** 23:5

**prevail** 67:14

**prevailing** 42:17

**previously** 42:21 56:24

**price** 13:8 20:19 21:20 31:18 44:5,7,9 45:5,23 72:8

**prior** 38:13

**problem** 12:12,14 45:18 52:19,20 69:7 76:10

**procedures** 76:3

**proceed** 12:7

**proceeding** 76:16

**process** 16:5 19:6 21:18 38:15

**proper** 41:2

**properly** 6:7

**proposed** 13:8 45:25

**provide** 10:25 11:5

**pull** 39:5 53:15

**pulled** 53:13

**purchase** 13:8 45:5 52:2

**put** 6:16 12:5,15,17,18,20 13:1 15:1 18:10 27:15 31:24 38:13 43:12 44:1 55:14

**putting** 20:19

## Q

**question** 11:9 40:13 43:4 46:6,20 58:20 59:5 60:2 69:20 70:10

**questions** 16:22 17:23 19:13 23:6 40:9 44:16 45:9,15 46:1 52:7 58:14 75:5,18

**quick** 21:16 59:5

**quicker** 22:20

**quickly** 12:3 17:9 39:8 42:15 54:22 57:21 66:14 68:20

IN RE: ETTA SCOTTSDALE, LLC, et al.

## R

**R-O-J-A-S** 8:13

**Radius** 10:1,6,8

**Rafael** 8:11 20:22 22:12 23:22 24:6,9 25:4 27:9 28:12,14 29:20 44:8 54:24 64:19 65:21 76:1

**raise** 22:25 40:9

**reach** 17:14 38:6

**ready** 19:16 54:21

**real** 13:2 35:14

**real-time** 26:20

**reasons** 17:6

**received** 14:6 21:11 23:10 38:4 42:14 43:16 45:1,8,11 46:3 65:25

**reconfirm** 36:9

**reconvene** 27:17 31:22 35:15,25 52:13,25 53:2

**record** 6:11,16,20 7:3,12,18,25 8:5, 10,22 9:1,7 12:5 15:19 16:3 20:3 21:7 25:7 28:2,7 35:22 36:8 37:16 40:23,24 43:9 47:5 53:9,23 57:5 58:3,18 63:4,7 65:21 71:3 74:21,23

**reduce** 6:4

**Registered** 76:18

**rejoin** 18:1

**relates** 16:4

**relevant** 54:11

**Reliable** 12:14

**remember** 45:4

**remind** 6:1

**reminder** 37:15 75:21

**remotely** 5:4

**remove** 15:3

**removed** 17:25

**repeat** 10:2 40:14 45:16

**replied** 57:3

**reported** 6:2

**Reporter** 8:17,20 10:2,12 76:18

**REPORTER'S** 5:3

**represent** 15:23

**representatives** 5:15 7:15 41:4,7,10, 13,16

**request** 12:25 14:8 27:4 65:19

**requested** 10:24

**reserves** 16:4,10

**respect** 6:12 7:1 10:18,19,23

**respectfully** 16:17

**respective** 6:18

**rest** 75:19

**restaurant** 7:23 8:2,25 11:15,25 16:2 40:6 41:11 47:7,17,25 48:8,14,25 49:14,23 50:7,13,22 54:9 55:24 58:19 67:9 72:20

**RG** 8:9,11 11:20 20:20,22 21:12 22:12 23:11,22 24:4,9,11,21 25:4,15 26:5,7, 23 27:4 28:13,24 29:3,5,21,22,24 30:6 33:20 36:19 38:16 41:16 42:8 43:8 44:9 46:18 54:24 64:3,11,16,20 65:7, 12,20,23 67:21 68:6,10,16,21 69:15, 19,25 70:3,14 71:10 73:1,8,12 75:21, 25 76:1

**Richards** 9:24 10:4,5,10,11

**rights** 16:4,11

**River** 14:20 34:16 35:7 39:16 45:2,19 54:12,14 55:11,15 56:20 66:9,13,15, 19,24 67:3,5,9,13,16,19,23 68:5,9,12, 15,18,23 69:14,24 70:2,7 71:11,17 72:2,5,8

**Rojas** 8:13

**roll** 6:12 20:17

**room** 12:9,10,15,21 13:1,3 14:3,16 15:9,11,14 17:7 18:1,2,7,14,16,18,19, 22 19:1,5,11,18,23 22:17 30:8 35:24 36:7 37:16 39:1,3,4 40:4,20 44:14 52:8 53:5,12,16,17 69:6 74:12

**rooms** 14:9 15:6 16:23 17:11 19:17, 25 27:16 40:2,11,19 52:13,24 53:22 62:20,23 70:23 73:25 74:18

**RSX** 7:10,13 11:9 40:6 41:4 42:5 46:13

**rules** 23:5 43:25 44:17 57:19 66:17 72:22

**running** 76:9

## S

**S-A-W-C-Z-U-K** 5:8

**sale** 14:24 16:5 75:2

**Sampson** 46:23

**Samson** 8:7 46:23 47:12,21 48:4

**Sawczuk** 5:6,8 7:7,10,16,23 8:3,9,15, 21,25 9:3,10,16,22 10:8,13,16 11:8, 12,14,17,20,22,25 12:2 15:21 16:12 17:18,22 18:3,8,13,20 19:1,3,10,13 20:7 26:11 35:18,21 36:4 37:14 40:1, 18,24 41:7,10,13,16,19,25 42:25 43:12 46:12,25 52:21 53:11 57:10 71:4,11 73:4 75:21

**Scottsdale** 5:20 9:17 15:25 16:1,6,8, 10,16 17:1 31:23,25 32:10,14,16,21 33:10,12 34:10,11,13 35:4 36:2 37:4,7 38:1,2,4,11,22 39:6,8,16 40:3,5,21 41:3,20 42:3,6,21 43:24 45:3,11,19 46:5,13,22 47:11,16,20,24 48:7,11,15, 18,23 49:2,6,13,17,21 50:12,21,25 51:8,11,12,16 52:3 54:3,8,17 55:17 56:11 57:7

**seconds** 50:1 69:5,6

**send** 15:5 16:23 20:1 30:16,18 31:9, 15 35:11 39:3 52:6,7,12,23 53:16

**sending** 53:21

**separate** 59:6

**set** 17:19 18:18

**Severini** 9:19 15:17,18,22 19:2,4,9,12

**shopping** 15:25

**short** 15:24

**shortly** 7:14

**shot** 64:10 71:24 73:8

**shy** 58:8

**signed** 56:18

**similar** 13:21,22 20:18 33:24 35:5 42:20 56:17,23

**Simos** 5:17 53:10,14

**simple** 35:12

**situation** 22:15

**slot** 24:23

**sort**  30:13 35:12 42:9 46:16

**sounds**  32:24 40:22 53:6 66:5,12
   73:18

**space**  16:2

**speak**  22:4,24 58:7 66:20

**speaking**  6:3,7 23:4 44:14 58:10

**speaks**  49:23 64:15

**specific**  12:19

**spell**  8:16

**stand**  13:14 36:12,25 51:23 52:2 66:2

**stand-alone**  13:11

**standing**  36:22

**stands**  43:24

**star**  8:25 11:25 55:24 58:19 60:13,20
   61:4 67:9,15 72:20,21

**start**  6:11 10:17 11:3 13:25 14:5 17:23
   19:15 31:3 36:2 37:25 38:3,10 44:16
   45:6 54:24 57:17 67:3

**started**  6:23

**starting**  57:6,8

**state**  25:8 44:7 47:4 57:25

**States**  5:21

**stay**  23:3 44:15 58:9

**stenographic**  76:15

**step**  65:14

**stepped**  71:5

**Steve**  9:8

**storage**  59:22

**straightforward**  44:17

**Subchapter**  6:21 74:25

**subject**  51:12 75:14

**submit**  44:4

**submitted**  20:18 42:4 43:13,18 56:9
   57:9,10,12,13 58:20

**substantial**  20:18

**substantially**  5:24 13:22 15:7 42:19
   56:23

**successful**  14:25 16:7

**Successor-in-interest**  10:1,6

**sum**  36:13,16

**support**  10:25 11:6 15:14

---

**T**

**T-S-O-U-R-A-P-A-S**  8:19

**taking**  33:17

**talk**  12:13 14:12 22:22 38:15 53:4,12
   58:8 59:15

**talking**  22:10,16 50:1 60:3

**team**  22:23 52:25

**Tech**  15:14

**technologically**  17:25

**telling**  72:4

**tells**  72:17

**template**  13:20,21

**ten**  22:23 73:14 74:15

**tentative**  30:6 44:25 51:11 64:16

**terms**  16:8 22:14

**thing**  10:19 22:6,21 38:16 39:10 49:5
   57:7 58:18

**things**  22:18 30:5,9 55:6 59:23

**thinking**  38:6,9

**Thomas**  5:13 8:6 11:19 41:15

**thousand**  47:2 50:16 60:19

**throw**  21:19 44:5 51:3 73:24

**time**  14:1 29:25 31:20,22 35:14 38:8
   45:17 51:4 52:8

**today**  5:10,15,19 6:22 12:6 14:24
   15:13 76:9

**Todd**  9:20 15:18,23

**top**  32:17,18 45:13

**toss**  74:17

**totally**  22:24 32:7 44:4

**track**  26:20 42:11

**transaction**  11:1

**transcribed**  6:2

**transcriber**  6:7

**transcript**  6:8 76:15

**transferring**  59:10

**true**  76:15

**Trustee**  6:21 74:25

**Tsourapas**  8:14,18

**turn**  75:25

---

**U**

**uh-huh**  27:14

**ultimately**  38:18 54:14

**understand**  17:16 32:23 36:11,16
   39:22 51:24 56:22 65:22 66:4 72:7

**understanding**  54:18 57:1 59:21
   63:9 75:15

**understood**  55:20

**United**  5:21

**unruly**  21:17

**update**  17:10

**updated**  17:12

**updates**  54:7

---

**V**

**vendor**  14:20

**viewing**  17:11

**violate**  16:9

---

**W**

**wait**  13:1

**waiting**  18:14,19

**walk**  13:3

**wanted**  32:10 33:13 57:5,15

**week**  21:11 73:21

**wherewithal**  11:1,6

**willingness**  28:25

**win**  55:11 74:8

**winner**  35:24 74:5

**winners**  14:17

**winning**  14:14,15 33:4 43:20 51:24
   73:17

IN RE: ETTA SCOTTSDALE, LLC, et al.

**Wintrust**  9:6,9,15 19:10 41:20

**withstanding**  16:13

**won**  74:7,9

**words**  55:13

**work**  12:3 38:14 53:18

**works**  39:17 53:4 70:25

**worries**  53:19

**WPG**  9:17,21 15:23,24 16:3,9,10 19:4,
10

**WPG/SCOTTSDALE**  9:17

**wrap**  66:10 76:7

**wrapped**  37:21

**write**  26:10

**wrong**  24:6

---

X

---

**XYZ**  58:2

---

Z

---

**zoom**  5:3 13:4 18:4,6,12,17,25 19:19,
24 20:1,14 27:18,21,25 28:5 37:11,17
40:22 53:6,8,15,21 54:1 62:22 63:1
71:2 74:19 76:10,13